**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN **3 0** 2019

JAMES W. McCORMACK, CLERK
By:_____
DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LAURA ROBERTS                                    PLAINTIFF

VS.                          NO. 4:19-cv- 72 - JM

SYMETRA LIFE INSURANCE COMPANY              DEFENDANT

## COMPLAINT

COMES NOW Plaintiff, Laura Roberts, by and through her attorney, Daniel A. Webb, and for her complaint states:

### PARTIES AND JURISDICTION

1.      This is an action to recover benefits pursuant to section 502(a), (e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"). 29 U.S.C. § 1132(a), (e)(1) and (f).

2.      This Court has federal question subject matter jurisdiction and personal jurisdiction over the parties and is the proper venue pursuant to 28 U.S.C. § 1391(b).

3.      Plaintiff, Laura Roberts ("Roberts"), is a resident of Jefferson County, Arkansas.  Roberts participated in employer provided insurance plan for long term disability benefits and life insurance premium waiver (the "Plans") while employed by Arkansas Children's Hospital.  (See LTD and Life insurance Plans attached as exhibits A &B).

4.      Defendant, Symetra Life Insurance Company "(Symetra"), is an out of state insurance company that issued the Plans and serves as the Claims

This case assigned to District Judge _Moody_
and to Magistrate Judge _Kearney_

Administrator for the Plans.  Accordingly, Symetra, is a party in interest and a proper party to this lawsuit.

     5.    At all times relevant hereto Defendant, Symetra, was doing business throughout the United States and within the Eastern District of Arkansas.

## FACTS

     6.    While employed by Arkansas Children's Hospital Roberts participated in the Plan.  While a Plans participant, Roberts developed degenerative disk disease in her lumbar spine, sleep apnea, chronic pain syndrome, depression, sacral infections, dextroscoliosis and other physical and mental ailments.  Roberts' conditions, especially as relate to her back, have rendered her totally and permanently disabled, and she suffers from severe physical limitations such that she is unable to perform even sedentary work on a sustained basis.  Initially, the Defendant paid benefits to Roberts, but effective on or about March 20, 2017; despite Robert's severe medical problems, the Defendant, without legal justification, stopped paying benefits to Roberts and refuses to pay Roberts the long-term disability benefits owed or waive the applicable life insurance premiums.

     7.    Roberts has complied with all conditions precedent to entitle her to benefits under the Plans, and she received a final denial from the Plans Administrator on or about November 7, 2017.

8.      Symetra is the insurer of the Plans and the fiduciary responsible for approving or denying claims and paying them if approved.    Accordingly, Defendant, Symetra, maintains a conflict of interest in the present situation.

9.      Roberts has been forced to retain the services of counsel in order to bring this action, and Symetra is obligated to pay attorney fees in addition to the unpaid benefits owed Roberts along with pre and post judgment interest.

WHEREFORE, Plaintiff prays for an order awarding her: back benefits, current benefits and future benefits pursuant to the Plan, pre-judgment interest, post judgment interest, attorney's fees, costs and all other appropriate and proper relief.

Respectfully submitted,

DANIEL A. WEBB, Ark. Bar No. 2000113
111 Center Street, Ste. 1200
Little Rock, Arkansas 72201
(501) 372-2400
dwebblaw@att.net



**EXHIBIT**

_A_

# Arkansas Children's Hospital

# Group Disability Income Insurance Benefits
## Summary Plan Description



**SYMETRA®**

RETIREMENT | BENEFITS | LIFE

Symetra ® is a registered service mark of Symetra Life Insurance Company.

Symetra Life Insurance Company ▪ Group Division ▪ 777 108th Avenue NE, Suite 1200 ▪ Bellevue, WA 98004-5135 ▪ www.symetra.com
Mailing Address: PO Box 34690 ▪ Seattle, WA 98124-1690 ▪ Phone 1-800-426-7784 ▪ TTY/TDD 1-800-833-6388

LG-12128 10/11

## PLEASE READ THIS IMPORTANT NOTICE

The Employee Retirement Income Security Act of 1974 (ERISA) requires that the Plan Sponsor provide a Summary Plan Description to Plan Participants.

This document, together with the attached Certificate of Insurance ("Certificate") issued by Symetra Life Insurance Company ("Symetra"), is your Summary Plan Description. It provides you an overview of the Plan and addresses certain information that may not be included in the attached Certificate.

This document is not intended to give a Plan Participant any substantive rights to benefits that are not already provided by the attached Certificate. If the terms of this summary document conflict with the terms of the insurance contract, then the terms of the insurance contract will control, unless superseded by applicable law.

**Plan Name**
Group Long Term Disability Insurance Plan for
Employees of Arkansas Children's Hospital

**Plan Effective Date**
July 1, 2015

**Employer**
Arkansas Children's Hospital
1 Children's Way, Slot 600
Little Rock, AR 72202-3591

**Plan Sponsor, EIN and Number**
Arkansas Children's Hospital
Plan EIN: 71-0236857
Plan Number: 505

**Type of Plan Administration**
Insurer and Plan Administrator

**Plan Administrator**
Arkansas Children's Hospital

**Plan Year**
June 30

**Type of Plan**
Fully Insured Group Long Term Disability Plan

**Policy Number**
01 016791 00

**Insurance Company and Contact Information**
Symetra Life Insurance Company
P. O. Box 2993
Hartford, CT 06104-2993
Toll Free Number: 1-800-943-2107
Fax Number: 1-860-392-3672

**Claims Administrator**
Claims administration for disability income benefits under your Plan is provided by Symetra Life Insurance Company (Symetra) according to the terms of a Group Disability Income Insurance policy. The Plan Administrator has delegated to Symetra the responsibility to interpret the terms of the Plan and as they apply to the attached Certificate.

**Agent for Service of Legal Process for the Plan**
Arkansas Children's Hospital
1 Children's Way, Slot 600
Little Rock, AR 72202-3591

Service of legal process may also be made on the Plan Administrator or a Plan Trustee, if any.

**If you have questions regarding the Plan, please contact the Employer or Plan Administrator.**

LG-12128 10/11

**Please refer to the attached Certificate for detailed information about your coverage, including:**

- Eligibility and Participation Requirements
- Enrollment Requirements
- Description of Disability Benefits
- Definitions
- Termination Provisions
- Continuation of Coverage
- Effective date of coverage
- Benefit Reduction, Exclusions and Limitations
- Contributions to the Plan for Coverage

## Claims Procedures

**Benefit Claim**

Symetra is responsible for evaluating all benefit claims under the Plan. Symetra will decide your claim in accordance with its reasonable claims procedures, as required by ERISA and other applicable law.

See the attached Certificate of Insurance issued by Symetra for information about how to file a claim and for details regarding the Symetra's claims procedures.

**Appealing Denied Claim**

If your claim is denied (that is, not paid in part or in full), you will be notified and you may appeal to Symetra for a review of the denied claim. Symetra will decide your appeal in accordance with its reasonable claims procedures, as required by ERISA and other applicable law.

**Important Appeal Deadlines**

If you do not appeal on time, you will lose your right to file suit in a state or federal court, as you will not have exhausted your internal administrative appeal rights (which generally is a condition for bringing suit in court). See the attached Certificate of Insurance for information about how to appeal a denied claim, and for details regarding Symetra's appeals procedures.

## Statement of ERISA Rights

**Your Rights**

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits**

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series), if any, filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and updated summary plan description (SPD). The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual Form 5500, if any is required by ERISA to be prepared, in which case the Plan Administrator, is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition for creating rights for Plan Participants, ERISA imposes duties upon the people who are responsible for the employee welfare benefit plan. The people who operate your plan, called "fiduciaries," have a duty to do so prudently in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you from obtaining a welfare benefit or exercising your rights under ERISA.

**If you have questions regarding the Plan, please contact the Employer or Plan Administrator.**

LG-12128 10/11

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps that you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report (Form 5500), if any, from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator, to provide the materials and pay you up to $110 per day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored in whole or in part, and if you have exhausted the claims procedures available to you under the Plan, you may file suit in a state or federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance With Your Questions**

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor (listed in your telephone directory), or contact the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Your Certificate of Insurance, issued by Symetra Life Insurance Company, is attached.**

**This Certificate is furnished to you automatically without charge.**

**If you have questions regarding the Plan, please contact the Employer or Plan Administrator.**

LG-12128 10/11

AMENDMENT NO. 1
Long Term Disability Income Insurance

This amendment forms a part of the Group Policy No. 01 016791 00 and the certificate of coverage.

Policyholder:  Arkansas Children's Hospital

It is agreed that the following change is hereby made to the above-referenced Group Policy and Certificate:

**Class 1:**
Effective July 1, 2015 (Revised September 16, 2015):

The following are amended:
WHAT DOES DISABILITY MEAN?
HOW MUCH WILL OUR MONTHLY PAYMENT TO YOU BE IF YOU ARE DISABLED AND WORKING, EARNING BETWEEN 20% AND 80% OF YOUR PRE-DISABILITY EARNINGS FOR THE FIRST 12 MONTHS OF DISABILITY BENEFITS AND BETWEEN 20% AND 60% OF YOUR PRE-DISABILITY EARNINGS THEREAFTER?
IF YOU ARE DISABLED AND WORKING, EARNING MORE THAN 80% OF YOUR PRE-DISABILITY EARNINGS DURING THE FIRST 12 MONTHS OF LTD BENEFIT PAYMENTS AND MORE THAN 60% THEREAFTER, NO PAYMENT WILL BE MADE.
WHEN WILL OUR PAYMENTS TO YOU STOP?

The following pages are affected by these changes and are therefore replaced:
GDC-4500 12/05 (EE-4L-1.3  Rev 10/05)
GDC-4500 12/05 (EE-4L-9.5 1 of 2  Rev 10/05)
GDC-4500 12/05 (EE-4L-10  Rev 10/05)
GDC-4500 12/05 (EE-4L-17.2 1 of 2  Rev 10/05)

The effective date of these changes is <u>July 1, 2015 (Revised September 16, 2015)</u>, but will not be effective prior to your effective date of coverage.  These changes only apply to disabilities which start on or after this effective date.  All other terms and provisions of the policy will apply other than as stated in this amendment.



Amendment-1

Symetra® is a registered service mark of Symetra Life Insurance Company.



# SYMETRA®

RETIREMENT | BENEFITS | LIFE

Arkansas Children's Hospital

01 016791 00

## Employee Benefits

---

## Insurance Certificate

---

LONG TERM DISABILITY INCOME INSURANCE

CLASS 1

Symetra ® is a registered service mark of Symetra Life Insurance Company.



**Symetra Life Insurance Company**
**777 108th Avenue NE, Suite 1200**
**Bellevue, Washington 98004-5135**

**Symetra Life Insurance Company is known as Symetra in this certificate.**

**"You" and "your" refer to the insured employee in this certificate.**

**This certificate summarizes the major parts of the policy under which you are insured. Your insurance is subject to all the terms of the policy. This certificate replaces all others previously issued.**

**Signed for Symetra at its Home Office as of the policy effective date.**

**Michael Fry,**
**Executive Vice President**

**Thomas M. Marra,**
**President**

**READ THIS CERTIFICATE CAREFULLY**

**GROUP LONG TERM DISABILITY INSURANCE**

CERTIFICATE OF COVERAGE

Policyholder:              Arkansas Children's Hospital

Policy Number:             01 016791 00

Policy Effective Date:     July 1, 2015

Policy Insured By:  Symetra Life Insurance Company, referred to as "the Company", "we", "us", and "our".

This is your certificate of coverage as long as you are eligible for coverage and you become insured.  You will want to read it carefully and keep it in a safe place.

Your certificate of coverage is written in plain English.  There are a few terms and provisions written as required by insurance law.  If you have any questions about any of the terms and provisions, please consult our claims paying office.  We will assist you in understanding your benefits.

If the terms and provisions of the certificate of coverage (issued to you) differ from the policy (issued to the Policyholder), the policy will govern.  Your coverage may be canceled or changed in whole or in part under the terms and provisions of the policy.

The policy is delivered in and is governed by the laws of Arkansas and to the extent applicable by the Employee Retirement Income Security Act of 1974 (ERISA) and any amendments.  When making a benefit determination under the policy, we have discretionary authority to determine your eligibility for benefits and to interpret the terms and provisions of the policy.

For purposes of effective dates and ending dates under the group policy, all days begin at 12:00 midnight and end at 12:01 a.m. at the policyholder's address.

Amend #1, Effective July 1, 2015 (Revised September 16, 2015)

**ARKANSAS INFORMATIONAL NOTICE**

If you have a question regarding your Coverage, you may call us at 1-800-943-2107. When calling, please have the following information available:

1.    The Policy Number; and
2.    The name of the Policyholder,

as shown on your Certificate cover page.

If your question is not resolved, you may contact the Arkansas Insurance Department by calling or writing:

Arkansas Insurance Department
Consumer Services Division
1200 West Third Street
Little Rock, Arkansas  72201-1904
Telephone: 1-800-852-5494

**TABLE OF CONTENTS**

Your certificate is divided into the following sections:

SECTION 1 - HIGHLIGHTS OF YOUR PLAN

SECTION 2 - GENERAL INFORMATION

SECTION 3 - ELIGIBILITY FOR COVERAGE

SECTION 4 - BENEFIT SPECIFICS
- disability defined
- details on calculating benefit payments
- exclusions and limitations that may apply

SECTION 5 - CLAIM INFORMATION

SECTION 6 - ADDITIONS TO YOUR LTD PLAN

For your ease in finding information in your certificate, we:

- Start each section with a summary of the contents and the terms we define in the section.
- Shade all of the defined terms within a section.

## SECTION 1:  HIGHLIGHTS OF YOUR LTD PLAN

This is a brief overview of your plan of benefits.  We refer to these terms often throughout this certificate.  Whenever we use these terms in the certificate, they have the following meaning, unless we advise you otherwise.

Eligible Class 1 =    All Other Regular Full-Time Employees, Weekend Option Employees, Option 3 Employees and Part-Time With Special Benefits Employees.

You must be working at least 24 hours per week.

Benefit Percentage = 60%

Maximum Payment Amount = $15,000*

* We may reduce the amount we pay to you by other income amounts and any income you earn or receive from any form of employment.  Some disabilities may not be covered under this plan.

Minimum Payment Amount =    The greater of:  $100 or 10% of your gross disability payment you receive from us.

We may apply all payments to you toward overpayments.

Elimination Period =    The later of:  90 days after the date disability begins or the date short term disability payments to you end.

Pre-disability earnings means your gross monthly rate of earnings from the employer in effect just prior to the date disability begins.  It does not include commissions, bonuses, overtime pay or other extra compensation.

If your disability begins while you are on a covered layoff or leave of absence, we will use your pre-disability earnings from the employer in effect just before the date your absence begins.

Our payments to you will be based on the amount of your pre-disability earnings covered by this plan and for which premium has been paid.

**SECTION 1:  HIGHLIGHTS OF YOUR LTD PLAN**
**(continued)**

Maximum Payment Duration

Social Security Normal Retirement Age

| Age When Disability Begins | Maximum Payment Duration |
|---|---|
| Less than age 60 | To Social Security Normal Retirement Age (SSNRA) |
| 60 | 60 months or to SSNRA, whichever is greater |
| 61 | 48 months or to SSNRA, whichever is greater |
| 62 | 42 months or to SSNRA, whichever is greater |
| 63 | 36 months or to SSNRA, whichever is greater |
| 64 | 30 months or to SSNRA, whichever is greater |
| 65 | 24 months |
| 66 | 21 months |
| 67 | 18 months |
| 68 | 15 months |
| 69 and over | 12 months |

**Social Security Normal Retirement Age (SSNRA) means the age at which you are eligible for Social Security full retirement benefits.**

Waiting Period:

If you are in an eligible class on or before the plan effective date:  The day following 180 days of continuous employment.

If you are entering an eligible class after the plan effective date:  The day following 180 days of continuous employment.

If your employment ends and you are rehired by the same employer within 1 year, we will apply your previous employment in an eligible class toward completing the waiting period.  All other provisions of this plan apply.

Cost of Coverage:

The employer pays the cost of your coverage.

Waiver of Premium:  The cost of your coverage will be suspended for any period of time during which you are disabled under this plan and eligible to receive a monthly payment from us.  If you return to active employment with the employer, and want your coverage to continue, the cost of your coverage must begin to be paid again.

Noninsurance benefits:

From time to time we may offer or provide to you noninsurance benefits and services.  In addition, we may arrange for third party service providers to give access to you to discounted goods and services.  While we have arranged for this access, the third party service providers are liable to you for the provision of such goods and/or services. We are not responsible for the provision of such goods and/or services nor are we liable for the failure of the provision of the same.  Further, Symetra is not liable to you for the negligent provision of such goods and/or services by third party service providers.

**SUMMARY OF THE GENERAL INFORMATION SECTION 2**

What will you find in this section?

- information we have access to
- how we use statements made in applying for coverage
- insurance fraud
- time limits for legal proceedings

What terms do we define in this section?

- you
- we
- us
- our
- employee
- employer
- insured
- plan

## SECTION 2:  GENERAL INFORMATION

**WHAT IS THE CERTIFICATE OF COVERAGE?**

This certificate of coverage is a written statement prepared by us and may include attachments.
It tells you:
- the coverage to which you may be entitled
- to whom we make payments

AND
- the limitations, exclusions and requirements applying to a plan.

> **You means an employee who is eligible for the coverage of this plan.**
>
> **We, us and our means the Insurance Company named on the first page of your Certificate of Coverage.**
>
> **Employee means a person who is a citizen or permanent resident of the United States in active employment with the employer unless we advise you otherwise. This plan excludes temporary and seasonal workers from coverage.**
>
> **Employer means individual, company or corporation where you are in active employment, and includes any division, subsidiary or affiliated company named in the policy.**
>
> **Insured means a person covered under this plan.**
>
> **Plan means a line of coverage under the policy.**

## SECTION 2:  GENERAL INFORMATION
### (continued)

**TO WHAT INFORMATION DO WE HAVE ACCESS?**

The employer will give us information about you including:
- if you are eligible for coverage
- if your amount of coverage changes, including salary change information
- if your coverage terminates
- other information we may reasonably require.

The employer's records that we believe have a bearing on coverage under this plan are open for our inspection at any reasonable time.

Clerical error or omission will not:
- prevent you from receiving coverage
- affect the amount of your coverage

OR
- effect or continue your coverage if it should not be in effect or continue in effect.

**HOW CAN WE USE STATEMENTS YOU OR THE EMPLOYER MADE IN APPLYING FOR COVERAGE?**

We consider any statements you or the employer made in a signed application for coverage a representation and not a warranty.  If any of the statements you or the employer made are not complete and/or not true at the time they were made, we can:
- reduce or deny any claim

OR
- cancel your coverage back to the date your coverage became effective.

We will use only statements made in a signed application as a basis for doing this.  You will receive a copy of the signed application.

**SECTION 2:  GENERAL INFORMATION**
**(continued)**

**HOW WILL WE HANDLE INSURANCE FRAUD?**

We promise to focus on all means necessary to support fraud detection, investigation, and prosecution.  It is a crime if you or the employer knowingly, and with intent to injure, defraud or deceive us, file a claim containing any false, incomplete or misleading information.  These actions, as well as submission of false information, will result in denial of your claim, and are subject to prosecution and punishment to the full extent under state and/or federal law.  We will pursue all appropriate legal remedies in the event of insurance fraud.

**WHAT IF FACTS ABOUT YOU ARE NOT ACCURATE?**

If relevant facts about you were not accurate, then we will use accurate information to decide if your coverage should be in effect and what your amount of coverage should be.  If the cost of your coverage is affected, we will make a fair adjustment in the cost.

**DOES THE EMPLOYER ACT AS YOUR AGENT?**

For all purposes of the policy, the employer acts on its own behalf or as your agent.  The employer is not our agent.

**WHAT ARE THE TIME LIMITS FOR LEGAL PROCEEDINGS?**

You can start legal action regarding your claim 60 days after the date you sent us proof of claim.  You have up to three years after the date you sent us proof of claim to start legal action, unless otherwise provided by law.

**DOES THIS PLAN REPLACE OR AFFECT ANY REQUIREMENT FOR WORKERS' COMPENSATION OR STATE DISABILITY INSURANCE?**

The plan does not replace or affect requirements for coverage by Workers' Compensation Insurance or state disability insurance.

**SUMMARY OF THE ELIGIBILITY FOR COVERAGE SECTION 3**

What will you find in this section?

- eligibility for coverage
- waiting period
- when coverage becomes effective
- evidence of insurability requirements
- what happens to coverage during a layoff, leave of absence or a family or medical leave of absence
- when coverage under this plan ends

What terms do we define in this section?

- waiting period
- active employment
- work site
- evidence of insurability
- layoff
- leave of absence
- family or medical leave of absence

## SECTION 3:  ELIGIBILITY FOR COVERAGE

### WHEN ARE YOU ELIGIBLE FOR COVERAGE?

If you are in an eligible class you may apply for coverage under this plan on the later of:
- the date the plan is effective;

OR
- the date you complete the waiting period.

### WHAT IS YOUR WAITING PERIOD?

Your waiting period appears in the PLAN HIGHLIGHTS.

**Waiting period is the number of days you must be in active employment in an eligible class before you may apply for coverage.**

If you have been continuously employed by the employer but were not in an eligible class, we will apply any prior period of work with the employer toward the waiting period.

**Active employment means you are:**
- **working for the employer at your work site for earnings the employer pays on a regular basis;**

**AND**
- **performing the material and substantial duties of your regular occupation.**

**Active employment includes normal non-work days such as vacation, weekends and holidays.**

**Your work site must be:**
- **the employer's usual place of business;**
- **an alternative location if directed by the employer;**

**OR**
- **a location to which your occupation requires you to travel.**

**SECTION 3:  ELIGIBILITY FOR COVERAGE**
**(continued)**

**WHEN DOES YOUR COVERAGE BECOME EFFECTIVE?**

Your coverage will be effective on the day determined as follows:

If you apply for coverage within the first 31 days after the date you are first eligible to apply AND

-you are paying for some or all        THEN                        your coverage is effective on
 of the cost of your coverage                                      the date you apply.

OR

-you are not paying for any of        THEN                        your coverage is effective on
 the cost of your coverage                                        the date you are eligible.

## SECTION 3:  ELIGIBILITY FOR COVERAGE
### (continued)

**WHEN IS EVIDENCE OF INSURABILITY REQUIRED?**

You will need to provide evidence of insurability to us with your application if you:
- apply for coverage more than 31 days after the date you are first eligible to apply;

OR
- voluntarily terminate your coverage and want to reapply for coverage;

OR
- apply for an amount of coverage for which we require proof of insurability.

You must apply for coverage in writing through the employer and use an application form that is satisfactory to us. Your coverage will be effective on the date we approve your application.

> **Evidence of insurability means a statement of your medical history which we will use to assess if you will be approved for coverage.**

**WHAT IF YOU ARE NOT IN ACTIVE EMPLOYMENT ON THE DATE YOUR COVERAGE WOULD BE EFFECTIVE?**

If you are not in active employment as a result of your injury or a sickness then your coverage will be effective on the date you return to active employment.  This applies to your initial coverage, as well as any increases or additions to coverage occurring after your initial coverage is effective.

**WILL YOUR COVERAGE CONTINUE IF YOU ARE ON A LAYOFF OR LEAVE OF ABSENCE?**

Your employer may continue your coverage if you are on a layoff or on an approved leave of absence.  Your coverage may continue for up to three months following the date your layoff or leave of absence begins.  The cost of your coverage must be paid during the layoff or leave of absence period.

> **Layoff or leave of absence means the employer has agreed in writing and in advance to a temporary absence from active employment for a specified period of time.  Your normal vacation time or any period of disability is not considered a temporary layoff or leave of absence.**

**SECTION 3:  ELIGIBILITY FOR COVERAGE**
**(continued)**

**WHAT HAPPENS TO YOUR COVERAGE IF YOU ARE ON A FAMILY OR MEDICAL LEAVE OF ABSENCE?**

If you are on a family or medical leave of absence, your coverage will be governed by the employer's Human Resource policy on family and medical leaves of absence.

We will continue your coverage if the following conditions are met:
- premiums for the cost of your continued coverage are paid;
AND
- your leave is approved in advance and in writing by the employer.

Your coverage will continue for up to the greater of:
- the leave period required by the Federal Family and Medical Leave Act of 1993, and any amendments;
OR
- the leave period required by applicable state law.

While you are on an approved family or medical leave of absence, we will use earnings from your regular occupation you were performing just prior to the date your leave of absence started to determine our payments to you.

If your coverage does not continue during a family or medical leave of absence, then when you return to active employment:
- you will not have to meet a new waiting period, including a waiting period for coverage of a pre-existing condition;
AND
- you will not have to give us evidence of insurability to reinstate the coverage you had in effect before your leave began.

> **Family and medical leave of absence means a leave of absence for the birth, adoption or foster care of a child, or for the care of you, your child, spouse or parent who has a serious health condition as those terms are defined by the Federal Family and Medical Leave Act of 1993 and any amendments, or by applicable state law.**

**SECTION 3:  ELIGIBILITY FOR COVERAGE**
**(continued)**

**WHEN DOES YOUR COVERAGE UNDER THIS PLAN END?**

Your coverage under this plan will end on the earliest of the following:
- the date the policy or plan terminates;
- the date you are no longer in an eligible class;
- the date your class is no longer eligible for coverage;
- the last day for which premium for your coverage has been paid;
- the date you cease active employment due to a labor dispute, which includes but is not limited to strike, work slowdown, or lockout;
- the date you cease active employment with the employer, unless you are disabled or on an approved layoff or leave of absence.

We will provide coverage for a payable disability claim that occurs while you are covered under the policy or plan.

## SUMMARY OF THE LONG TERM DISABILITY BENEFIT SPECIFICS SECTION 4

What will you find in this section?

- what disability means
- when monthly payments start
- returning to work during the elimination period
- requirements of care from a doctor
- when will we not cover a disability
- what happens if the employer changes insurance plans
- our payment if you are disabled and not working
- our payment if you are disabled and working
- what are (and are not) other income amounts
- cost of living increases to any other income amounts
- payment limitations
- when monthly payments stop
- temporary recovery

What terms do we define in this section?

- disability
- material and substantial duties
- regular occupation
- reasonable employment option
- gainful occupation
- sickness
- injury
- elimination period
- regular care
- doctor
- pre-existing condition
- treatment
- prior group insurance plan
- maximum monthly payment
- gross monthly payment
- minimum monthly payment
- maximum capacity
- retirement plan
- disability benefits under a retirement plan
- retirement benefits under a retirement plan
- eligible retirement plan
- mental illness
- substance abuse
- maximum payment duration

## SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS

**WHAT DOES DISABILITY MEAN?**

**Disabled/Disability means our determination that your sickness or injury began while you are covered under the policy and:**
- **during the elimination period and for the first 12 months of disability benefits, prevents you from performing with reasonable continuity the material and substantial duties of your regular occupation and a reasonable employment option offered to you by the employer and, as a result, the income you are able to earn is less than or equal to 80% of your pre-disability earnings.**
- **After the first 12 months of disability benefits, prevents you from performing with reasonable continuity the material and substantial duties of any gainful occupation and, as a result, the income you are able to earn is less than or equal to 60% of your pre-disability earnings.**

**Material and substantial duties are the duties that:**
- **are normally required for the performance of the occupation;**
**AND**
- **cannot be reasonably omitted or changed.**

limited reg occ
w/ residual

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS
(continued)**

**Regular occupation means the occupation, as it is performed nationally, that you are routinely performing when your disability begins.  Your regular occupation does not mean the job you are performing for a specific employer or at a specific location.**

**Reasonable employment option means an employment position with the employer for which you are able to perform the material and substantial duties given your education, training and experience.  If you have been working in a reasonable employment option for 6 months or more, the reasonable employment option will then be considered your regular occupation.**

**Gainful occupation means any occupation that your past training, education, or experience would allow you to perform or for which you can be trained.**

**Sickness means an illness or disease.  It also includes an injury which occurs before you are insured.  It does not include risk of sickness.**

**Injury means a bodily injury that occurs while you are insured and is the direct result of an accident and not related to any other cause.  It does not include risk of injury.**

<u>Related Rules:</u>

You will not be considered disabled from work in an occupation because of a reduction in your earnings resulting from a change in economic conditions or other factors that are not directly related to your sickness or injury.  Examples of factors that we will not consider in determining whether you are disabled include, but are not limited to, recession, job obsolescence, job restructuring or elimination, pay cuts, and job sharing.

You will not be considered disabled from work in an occupation solely because of:
1.   Your employer's work schedule that is inconsistent with the normal work schedule of your regular occupation;
2.   Your relationship with your employer or other employees of the employer; or
3.   The physical relationship of your employer's workplace that is inconsistent with the normal physical environment of your regular occupation.

You will not be considered disabled from work in an occupation solely because of the loss, suspension, restriction, surrender, or failure to maintain a required state or federal license to engage in the occupation.

You will not be considered disabled from work in an occupation solely because of your inability to work more than 40 hours per week in the occupation, even if you were regularly required to work more than 40 hours per week prior to becoming disabled.

Your disability must begin while you are covered under the policy.

use when disability contains
a gainful occupation period

GDC-4500 12/05                   18            EE-4L-2.2  Rev 10/05

## SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS
### (continued)

**DOES YOUR DISABILITY NEED TO CONTINUE FOR A PERIOD OF TIME BEFORE OUR PAYMENTS TO YOU BEGIN?**

Your disability must continue through the elimination period before we begin making payments to you.

> **Elimination period is a period of continuous days of disability.  The elimination period begins on the first day of your disability.**

**WHAT HAPPENS IF YOU RETURN TO WORK DURING THE ELIMINATION PERIOD?**

We will consider your disability continuous if you have one or more periods of temporary recovery during the elimination period for a maximum of 45 days AND become disabled again due to the same sickness or injury.

Temporary recovery means any time when we do not consider you to be disabled.  The days you are not disabled will not count toward the elimination period.

acc of ep = 45 days

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**DO YOU NEED TO BE UNDER THE CARE OF A DOCTOR?**

We require you to be under the regular care of a doctor for the sickness or injury causing your disability in order to be eligible to receive payments from us.

> **Regular care means:**
> - **you personally visit a doctor as often as is medically required to effectively manage and treat your disabling condition(s), according to generally accepted medical standards;**
>
> **AND**
> - **you are receiving appropriate treatment and care, according to generally accepted medical standards.  Treatment and care for the sickness or injury causing your disability must be given by a doctor whose specialty or experience is appropriate.**
>
> **Doctor means a person:**
> - **regularly performing tasks that are within the limits of the person's medical license;**
>
> **AND**
> - **who is licensed to practice medicine and prescribe and administer drugs or to perform surgery;**
> - **with a doctoral degree in Psychology (Ph.D. or Psy.D.) and whose primary practice is treating patients; OR**
> - **who is a legally qualified medical practitioner according to the laws and regulations of the jurisdiction in which regular care is being given.**

We will not recognize you, your spouse, children, parents, or siblings as a doctor for a claim you submit.

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

## MAY WE REQUIRE YOU TO BE EXAMINED OR INTERVIEWED BY INDIVIDUALS OTHER THAN THE DOCTOR PROVIDING REGULAR CARE?

We may require you to be examined by doctor(s), other medical practitioner(s) or vocational expert(s) of our choice.  We will pay for this examination.  We can require an examination as often as it is reasonable to do so.  In addition, we may require an interview with you by an authorized representative of ours.

## WHEN WILL WE NOT COVER A DISABILITY?

We will not cover a disability if it is due to:
- war, declared or not, or any act of war;
- intentionally self-inflicted injuries or illness, while sane or insane;
- your active participation in a riot;
- your attempt to commit or your commission of a felony under federal or state law, or your being engaged in an illegal occupation;
- your service in the armed forces, military reserves or National Guard of any country or International authority, or in a civilian unit serving with such forces;
- cosmetic or reconstructive surgery, except for complications arising from any such surgery or for surgery necessary to correct a deformity caused by accidental injury or sickness;
- an accident resulting from or caused by your operation of a motor vehicle while intoxicated according to the laws of the jurisdiction where the accident occurred; or
- an accident resulting from or caused by your being under the influence of drugs or any controlled substance, unless taken as prescribed by your doctor.

**No benefits are payable for any period of disability during which you are incarcerated in a penal or correctional facility for a period of 30 or more consecutive days or for which you are not under the regular care of a doctor.**

If your professional or occupational license or your certification is suspended, revoked or surrendered, loss of your license or certification, by itself, does not mean you are disabled.

## SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS
### (continued)

### WHEN WILL WE COVER A DISABILITY DUE TO A PRE-EXISTING CONDITION?

We will cover your disability if it is caused by, contributed to by, or results from a pre-existing condition and your disability begins after you have been insured for 12 consecutive months after the effective date of your coverage.  If you do not meet this time period requirement, your disability is excluded from coverage under this plan.

**Pre-existing condition is a sickness or injury for which you received treatment within the three months prior to your effective date of coverage.**

**Treatment includes:**
- **consulting with a doctor;**
- **receiving care or services from a doctor or from other medical professionals a doctor recommends you see;**
- **taking prescribed medicines;**
- **being prescribed medicines;**
- **you should have been taking prescribed medicines but chose not to;**
- **receiving diagnostic measures.**

3/12  pre-x

## SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS
(continued)

**WHAT IF THE EMPLOYER CHANGES INSURANCE PLANS AND YOU ARE NOT IN ACTIVE EMPLOYMENT DUE TO AN INJURY OR SICKNESS ON THE EFFECTIVE DATE OF THIS PLAN?**

**Continuity of Coverage**

We will cover you under this plan if you were insured by the prior group insurance plan, and the cost of your coverage under the prior group insurance plan was paid.

Our payments to you will be limited to the monthly amount the prior group insurance plan would have paid you had the plan stayed in effect.  Our payments will be reduced by any amount the prior group insurance plan is responsible for paying.

> **Prior group insurance plan means the group long term disability plan in effect with the employer just before the effective date of this plan.**

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**WHAT IF YOU WERE INSURED BY THE PRIOR GROUP INSURANCE PLAN AND BECOME DISABLED UNDER THIS PLAN DUE TO A PRE-EXISTING CONDITION?**

**Continuity of Coverage**

If you were insured by the prior group insurance plan just before you become eligible for coverage under this plan; you are in active employment; and you are insured under this plan, then you may be eligible for payments from us under this plan if your disability is due to a pre-existing condition.

In order to receive payments from us, you must meet the pre-existing condition exclusion of:
- this plan;
OR
- the prior group insurance plan had the plan stayed in effect.

We will consider the total amount of time you were continuously insured under both the prior group insurance plan and this plan to determine if you satisfy the pre-existing condition exclusion.  If you cannot satisfy the pre-existing condition exclusion of either plan then we will not pay you a disability benefit.

We will determine our payments to you using the provisions of this plan, but your monthly payment will not be more than the maximum monthly payment of the prior group insurance plan.  Your monthly payments will end on the earlier of the following dates:
- the end of the maximum payment duration under this plan;
OR
- the date benefits would have ended under the prior group insurance plan if the plan had stayed in effect.

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**HOW MUCH WILL OUR MONTHLY PAYMENT TO YOU BE IF YOU ARE DISABLED AND NOT WORKING OR DISABLED AND WORKING, EARNING LESS THAN 20% OF YOUR PRE-DISABILITY EARNINGS?**

Our payment will be figured by using the following Steps 1 through 4:

Step 1:     Multiply your monthly pre-disability earnings by the benefit percentage.
Step 2:     Compare this amount to the maximum monthly payment for this plan.
Step 3:     Take the lesser of the amounts from Steps 1 and 2.  This is your gross monthly payment.
Step 4:     Subtract from the gross monthly payment any other income amounts except any income you earn or receive from any form of employment or income you could have earned from working to your maximum capacity.  This is the payment that you may receive.

**HOW MUCH WILL OUR MONTHLY PAYMENT TO YOU BE IF YOU ARE DISABLED AND WORKING, EARNING BETWEEN 20% AND 80% OF YOUR PRE-DISABILITY EARNINGS FOR THE FIRST 12 MONTHS OF DISABILITY BENEFITS AND BETWEEN 20% AND 60% OF YOUR PRE-DISABILITY EARNINGS THEREAFTER?**

Our payment to you for 24 months will be figured by using the following Steps 1 through 4:

Step 1:     Multiply your monthly pre-disability earnings by the benefit percentage.
Step 2:     Compare this amount to the maximum monthly payment for this plan.
Step 3:     Take the lesser of the amounts from Steps 1 and 2.  This is your gross monthly payment.
Step 4:     Subtract from the gross monthly payment:
            - 100% of any other income amounts except any income you earn or receive from any form of employment or income you could have earned from working to your maximum capacity; then
            -Subtract any income you earn or receive from any form of employment or income you could have earned by working to your maximum capacity only if the sum of the gross monthly payment plus this income exceeds 100% of your indexed pre-disability earnings.  The monthly benefit will then be reduced by that excess amount.  This is the payment that you may receive.

Our payment to you after 24 months will be figured by using the following formula:
            (A divided by B) x C

A =     Your indexed pre-disability earnings minus any income you earn or receive from any form of employment or income you could have earned from working to your maximum capacity while you are disabled.
B =     Your indexed pre-disability earnings.
C =     The benefit calculated in Step 4 above, under the "HOW MUCH WILL OUR MONTHLY PAYMENT TO YOU BE IF YOU ARE DISABLED AND NOT WORKING OR DISABLED AND WORKING, EARNING LESS THAN 20% OF YOUR PRE-DISABILITY EARNINGS?" section.

limited 100% with indexing

### SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS
### (continued)

**"Indexed pre-disability earnings" means your basic monthly earnings in effect just prior to the date your disability began adjusted on the first anniversary of benefit payments and each following anniversary.  Each adjustment will be based on the lesser of 10% or the current annual percentage increase in the Consumer Price Index.  The Consumer Price Index means the CPI-W as published by the U.S. Department of Labor.  We reserve the right to use some other similar measurement if the U.S. Department of Labor changes or stops publishing the CPI-W.**

Your loss of earnings must be as a result of or due to the same sickness or injury for which you are disabled.

limited 100% with indexing

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**WHAT IF YOUR CURRENT INCOME FLUCTUATES?**

If your current income fluctuates, we may average amounts over a three (3) consecutive month period of time.

**IF YOU ARE DISABLED AND WORKING, EARNING MORE THAN 80% OF YOUR PRE-DISABILITY EARNINGS DURING THE FIRST 12 MONTHS OF LTD BENEFIT PAYMENTS AND MORE THAN 60% THEREAFTER, NO PAYMENT WILL BE MADE.**

>   **Maximum monthly payment means the maximum monthly amount for which you are insured under this plan.**

>   **Minimum monthly payment means the minimum monthly amount for which you are insured under this plan, except where necessary to recover an overpayment.**

>   **Gross monthly payment means the maximum payment amount before we subtract other income amounts.**

Your pre-disability earnings, benefit percentage, and maximum monthly payment appear in the PLAN HIGHLIGHTS.

**WHAT IF YOU ARE DISABLED FOR ONLY PART OF A MONTH?**

Your monthly payment from us is pro-rated.  This means that if you are disabled for only part of a month, you will receive a payment equal to 1/30th of a full monthly payment for each day of the month you are disabled.

## SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS
### (continued)

**WHAT ARE OTHER INCOME AMOUNTS?**

These are amounts, other than payments you are receiving from us, that include:

1. any benefits and awards you receive or are eligible to receive under:
   a. Workers' Compensation Law;
   b. occupational disease law;
   c. any other similar act or law.

2. any disability income benefits you receive or are eligible to receive under:
   a. any compulsory benefit act or law;
   b. any other group insurance plan with the employer or with an association;
   c. any other group insurance plan with another employer which you become insured under after your disability under this plan begins;
   d. any governmental retirement system as a result of your job with the employer.

   Long term disability payments are primary under this policy, meaning our payments to you will be reduced by any short term disability payments under a policy with the employer.

3. any benefits under the United States Social Security Act, The Canada Pension Plan, The Quebec Pension Plan and includes any similar plan or act.  Benefits include:
   a. disability benefits you, your spouse, or your children receive or are eligible to receive as a result of your disability;
   b. retirement benefits you receive, your spouse or your children receive as a result of your receipt of retirement benefits.

   If your disability begins after your 70th birthday, and you were receiving Social Security retirement benefits before your disability began, then we will not reduce our payments to you by these retirement benefits.

4. any income you earn or receive from any form of employment, including any income you could have earned while disabled by working to your maximum capacity, but you do not do so.  We may require you to send us proof of your income.  We will adjust our payment to you based on this information.  As a part of the proof of income, we can require you to send us appropriate tax and financial records we believe we need to substantiate your income.

   **Maximum capacity means, based on the limiting factors of your identified sickness or injury, the greatest extent of work you are able to do in an occupation from which you must be considered disabled in order to receive disability benefits.**

Primary/Family

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

5.    any benefits from the employer's retirement plan you:
    a.  receive as disability benefits;
    b.  voluntarily choose to receive as retirement benefits;
    c.  receive as retirement benefits once you reach the greater of age 62 or normal retirement age (as defined in the employer's retirement plan).

Regardless of how the retirement funds from the plan are distributed, for the purposes of figuring our payment to you, we consider employee and employer contributions to be distributed at the same time throughout your lifetime.

This plan does not reduce payments you receive from us for your contributions to the employer's retirement plan, or for amounts you rollover or transfer to an eligible retirement plan.

**Retirement plan is a defined contribution plan or defined benefit plan.  These are plans that provide retirement benefits to employees and are not funded entirely by employee contributions.**

**Disability benefits under a retirement plan are benefits that are paid due to disability and which do not reduce the retirement benefit that would have been paid if the disability had not occurred.**

**Retirement benefits under a retirement plan are benefits that are paid based on the employer's contribution to the retirement plan.  Disability benefits that reduce the retirement benefit under the plan will also be considered a retirement benefit.**

**Eligible retirement plan is defined in §402 of the Internal Revenue Code of 1986 and includes future amendments to §402 affecting the definition.**

## SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS
### (continued)

6.  any benefits for loss of time or lost wages you receive from the mandatory portion of a no-fault motor vehicle insurance plan, or automobile liability insurance policy.

7.  any amounts you receive under any unemployment compensation law.

8.  any amounts you receive from a third party (after subtracting attorney's fees) by judgment, settlement or otherwise.

If you receive any of the other income amounts in a lump sum payment, we will pro-rate the lump sum on a monthly basis over the time period for which the sum was given.  If no time period is stated, the sum will be pro-rated on a monthly basis to the end of your maximum payment duration.

Other income amounts must be payable as a result of the same disability for which you are receiving a payment from us, except for retirement benefits and any income you earn or receive from any form of employment.

**WHAT IF SUBTRACTING OTHER INCOME AMOUNTS RESULTS IN A ZERO PAYMENT TO YOU?**

We will pay you a minimum monthly payment under this plan, subject to any overpayments.

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**DO WE HAVE THE RIGHT TO ESTIMATE OTHER INCOME AMOUNTS?**

We have the right to estimate the amount of benefits you may be eligible to receive under Other Income Amounts, items 1, 2 and 3a.  We can reduce our monthly payment to you by this estimated amount if you:
- have not been awarded such benefits but have not been denied such benefits;

OR
- have been denied such benefits and the denial is being appealed;

OR
- are reapplying for such benefits.

We will not reduce our payments to you by these estimated amounts if you:
- apply (or reapply) for benefits and appeal your denial through all of the administrative levels we believe are necessary;

AND
- sign our payment option form stating you promise to pay back to us any overpayment of benefits caused by an award.

If we reduce our payment to you by an estimated amount:
- then we will adjust our payments to you when you give us proof of the amount awarded;

OR
- we will give you a lump sum refund of the estimated amount if you were denied benefits and have completed all appeals (or reapplications) we believe are necessary.

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**WHAT ARE NOT OTHER INCOME AMOUNTS?**

We will not subtract from our payments to you any amounts you receive from the following:

- 401(k) plans
- profit sharing plans
- thrift plans
- tax sheltered annuities
- stock ownership plans
- credit disability insurance
- non-qualified plans of deferred compensation
- pension plans for partners
- military pension and military disability income plans
- a retirement plan from another employer
- individual retirement accounts (IRA)
- informal salary continuation plan
- benefits from individual disability plans
- any benefits you receive from the employer's sick leave or formal salary continuation plan.

**WHAT HAPPENS IF YOU RECEIVE A COST OF LIVING INCREASE TO ANY OTHER INCOME AMOUNTS?**

Other than for increases in any income you earn or receive from any form of employment, once we have subtracted an other income amount from your gross disability payment, we will not further reduce our payment to you due to a cost of living increase in any other income amount.

### SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS
### (continued)

**WHEN WILL YOU RECEIVE A LIMITED NUMBER OF PAYMENTS FROM US FOR A DISABILITY?**

If your disability is caused or contributed to by mental illness or substance abuse, we will pay you a monthly payment for a maximum of 24 months in your lifetime.  We will not pay you a monthly payment beyond the maximum payment duration.

> **Mental illness means disability caused or contributed to by psychiatric or psychological conditions, regardless of cause, and includes:**
> - **schizophrenia;**
> - **depression;**
> - **manic depressive or bipolar illness;**
> - **anxiety;**
> - **personality disorders;**
> - **adjustment disorders;**
> - **other conditions usually treated by a mental health provider or other qualified provider using psychotherapy, psychotropic drugs or other similar methods of treatment.**
>
> **Substance abuse means a pattern of pathological use of alcohol or other addictive drugs unless prescribed by a doctor and used by you as prescribed.**

This limitation does not apply to dementia, if due to:
- stroke;
- trauma;
- viral infection;
- Alzheimer's disease;
- other such conditions not listed above which are not usually treated by a mental health provider using psychotherapy; psychotropic drugs or other similar methods of treatment.

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**WHEN WILL OUR PAYMENTS TO YOU STOP?**

We will stop payments on the earliest of the following dates:
- the date you are no longer disabled according to this plan;
- the date you reach the end of the maximum payment duration;

> **Maximum payment duration means the period of time during which we will send you a monthly payment.  Your maximum payment duration is based on your age when you become disabled and appears in the PLAN HIGHLIGHTS.**

- during the first 12 months of disability benefits, the date your current earnings exceed 80% of your pre-disability earnings; after the first 12 months of disability benefits, the date your current earnings exceed 60% of your pre-disability earnings.  If your current earnings fluctuate, we may average your current earnings over a three (3) consecutive month period of time instead of stopping your payment on the date your current earnings reach the earnings limit;
- the date you die;
- the date you fail to provide proof of continuing disability;
- the date you refuse to participate in an approved rehabilitation program;
- the date you cease to be under the regular care of a doctor, or refuse to undergo, at our expense, an examination or testing by a doctor or vocational, rehabilitation, or health assessment testing when we require such examination or testing;
- the date you refuse to receive medical treatment, including taking prescribed medicines, that your doctor has recommended and that is generally acknowledged by doctors to cure or improve the sickness or injury for which you are claiming benefits under the policy so as to reduce its disabling effect;
- the date you refuse to make a good faith effort to adhere to necessary wellness programs that your doctor has recommended and that are generally acknowledged by doctors to cure or improve the sickness or injury for which you are claiming benefits under the policy so as to reduce its disabling effect.  We will work with your treating doctor to determine the necessary wellness programs, if any, in accordance with generally accepted medical standards.

We will give you 30 days prior written notice of our intent to apply this provision to terminate benefits.  During those 30 days you will have an opportunity to begin or resume reasonable efforts to adhere to the medically necessary Wellness Programs.  We will not terminate benefits if there is no reasonable basis for believing that you will be able to return to productive employment in your regular occupation or another gainful occupation on a full-time or part-time basis if you adhere to the recommended wellness programs.

> **Wellness programs include, but are not limited to, appropriate programs for dietary and nutritional improvement, weight management, smoking cessation, abstention from the excessive or illegal use of alcohol or narcotics, regular participation in exercise activities, stress management, pain management, behavioral therapy, coaching, and the regular taking of prescribed medications.**

limited reg occ
disability w/o ADL

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**WHEN WILL OUR PAYMENTS TO YOU STOP? - continued**

- the date you refuse to try or attempt to work with the assistance of:
  1. modifications made to your work environment, functional job elements or work schedule; or
  2. adaptive equipment or devices,

  that a qualified doctor has indicated will accommodate the limiting factors of the sickness or injury for which you are claiming benefits under the policy and will enable you to perform the material and substantial duties of an occupation from which you must be considered disabled in order to receive disability benefits;

- if you are considered to reside outside the United States.  You will be considered to reside outside the United States if you have been outside the United States for a total period of 6 months or more during any 12 consecutive months of disability benefits.

limited reg occ
disability w/o ADL

**SECTION 4:  LONG TERM DISABILITY BENEFIT SPECIFICS**
**(continued)**

**WHAT HAPPENS IF YOU HAVE A TEMPORARY RECOVERY BUT YOU BECOME DISABLED AGAIN DUE TO THE SAME INJURY OR SICKNESS AS A PRIOR DISABILITY?**

If you return to work and are no longer disabled, and the same sickness or injury causes your disability to occur again within 6 months of the date the prior disability ended, we will resume our monthly payments to you if you were continuously insured under the plan for the period of your temporary recovery.  You will not need to complete a new elimination period for this disability.

Your current period of disability will be subject to the same terms of the plan that applied to your prior period of disability.

If you become entitled to payments under any other group long term disability plan (including a plan with the employer that became effective after your disability began), you will not be eligible for payments under this plan.

A disability due to other causes will be treated as a new disability and will be subject to all of the provisions of this plan.

**SUMMARY OF THE CLAIM INFORMATION SECTION 5**

What will you find in this section?

- notifying us of a claim
- giving us proof of claim
- filing a claim
- information needed in the proof of claim
- when payments to you begin
- who we make payments to

## SECTION 5:  CLAIM INFORMATION

**WHEN DO YOU NOTIFY US OF A CLAIM?**

You need to notify us in writing of your claim within 30 days prior to the end of the elimination period.  If you are not able to notify us within this time, then you need to notify us as soon as reasonably possible.  Notice includes a notice you give, or which is given on your behalf, to us, or to an authorized agent of ours.

**WHEN DO YOU NEED TO GIVE US PROOF OF YOUR CLAIM?**

Early proof of claim will allow us to make a timely claim decision.  You need to send to us written proof  of your claim within the first 90 days after the elimination period ends.  If you are unable to give us proof of your claim within this time, then you must give us proof of your claim within the next 12 months.  If you do not have the legal capacity to make responsible decisions concerning yourself, then you may give us proof of your claim after this period.

You must notify us immediately when you return to work in any capacity.

**HOW DO YOU FILE A CLAIM?**

You can get a claim form from the employer, or you may ask us for a form.  If you ask us for a claim form, but you do not receive the form from us within 15 days after asking for it, then you should send written proof of your claim to us without waiting for the form.

You and the employer must fill out your claim form.  Once you and the employer have completed the claim form, give the claim form to the doctor providing you regular care for your sickness or injury causing disability.  The doctor must fill out the physician section of the form. Send the completed form to us within the stated time frames.

**WHAT AUTHORITY DO WE HAVE IN DETERMINING YOUR ELIGIBILITY FOR BENEFITS?**

We have the discretionary authority to determine your eligibility for benefits and to construe the terms of the policy to make a benefits determination.

**SECTION 5:  CLAIM INFORMATION**
**(continued)**

**WHAT INFORMATION DO YOU NEED TO INCLUDE IN YOUR PROOF OF CLAIM?**

Your proof of claim must include:
- that you are under the regular care of a doctor;
- the date your disability began;
- the cause of your disability as determined by objective medical tests and examinations acceptable to the medical community;
- the extent of your disability, including restrictions and limitations which prevent you from performing your regular occupation;
- the name and address of all hospital(s) or institution(s) where you received treatment, including all doctors who provided regular care;
- appropriate documentation of your earnings.

We may request that you send proof of continuing disability indicating that you are under the regular care of a doctor.  We must receive this proof within 30 days of the date we ask for it.  In some cases, we will require you to give us authorization to obtain additional medical and non-medical information as part of your proof of claim.  We may temporarily suspend our payments to you if you do not cooperate, or do not submit the appropriate information.

**WHEN WILL YOU BEGIN TO RECEIVE PAYMENTS?**

Once we approve your claim, you will begin to receive payments after you complete the elimination period.  We will send you a payment for any period for which we are liable.  If the policy or a plan is canceled, the cancellation will not affect a payable claim.

**WHO DO WE MAKE PAYMENTS TO?**

We will make all payments to you.

**WHAT HAPPENS IF WE OVERPAY YOUR CLAIM?**

We have the right to recover overpayments due to:
- fraud;
- an error we make in processing your claim;
- your receipt of other income amounts.

If we determine that we overpaid your claim, then we require you repay us in full.  We will determine the method by which you will repay us.  We reserve the right to apply our future payments to you toward overpayments.  We have the right to recover overpayments from your eligible survivors or estate.  We will not recover more money from you than the amount we paid to you.

## SUMMARY OF THE ADDITIONS TO YOUR LTD PLAN SECTION 6

What will you find in this section?

Other services and additional benefits are explained in this section and may be applicable to your plan.

## SECTION 6: ADDITIONS TO YOUR LTD PLAN

### WORKPLACE MODIFICATION BENEFIT

If you are disabled and are receiving a payment from us, an additional workplace modification benefit may be payable to the employer for your benefit. We will reimburse the employer for up to 100% of reasonable costs the employer incurs through modifications to the workplace to accommodate your return to work, and to assist you in remaining at work.

- The amount we pay will not exceed a maximum of $5,000 for any one employee;

To qualify for this reimbursement, you must have:

- a disability preventing you from performing some or all of the material and substantial duties of your regular occupation;
- the physical and mental abilities needed to perform some or all of the material and substantial duties of your regular or a gainful occupation, but only with the assistance of the proposed workplace modification;

AND

- the reasonable expectation of returning to active employment and remaining in active employment with the assistance of the proposed workplace modification.

The employer must give us a written proposal on the proposed workplace modification. This proposal must include:

- input from the employer, you and your doctor;
- the purpose of the proposed workplace modification;
- the expected completion date of the workplace modification;
- the cost of the workplace modification.

Any proposal is subject to our approval and the approval of the Employer and you prior to any reimbursement being paid. We will reimburse the costs of the workplace modification when we:

- approve the proposal in writing
- receive proof from the employer that the workplace modification is complete
- receive proof of the costs incurred by the employer for the workplace modification.

At our option, we may pay this amount directly to you, as long as we are given proof that the amount we pay will be used to assist the employer in making reasonable workplace modifications for you.

## SECTION 6:  ADDITIONS TO YOUR LTD PLAN

### VOCATIONAL REHABILITATION

If you are disabled and receiving a payment from us, you may be required to participate in vocational rehabilitation services.  These services may include vocational testing and training, job modifications, job placement, or other services we find reasonably needed to assist you in returning to active employment either full-time or part-time.

We will determine the extent to which these services may be provided.  We will pay for these services with the service provider(s), unless we agree to other arrangements.

Our decision to offer these services will be based on:
- your education, training and experience
- your transferable skills
- your physical and mental abilities
- your motivation to return to active employment
- the labor force demand for workers in the proposed occupation in your demographic area
- our expected liability for your long term disability claim.

To qualify for these services, you must:
- have a disability which prevents you from performing some or all of the material and substantial duties of your regular occupation
- lack the skills, training, or experience you would need to perform another gainful occupation
- possess the physical and mental abilities you need to complete a rehabilitation program
- be reasonably expected to return to active employment with the assistance of these services.

A vocational rehabilitation program proposal may be made by either us, your doctor or yourself. We will prepare a written program with the input of you, your doctor, your current employer and/or your prospective employer.  Once your doctor and we approve a program, you will be provided services according to the written program.

## SECTION 6:  ADDITIONS TO YOUR LTD PLAN

## VOCATIONAL REHABILITATION (continued)

The written program will describe:
- the goals of the program
- what our responsibilities are
- what your responsibilities are
- what responsibilities are of any third party(ies) associated with this program
- the expected dates of the services
- the expected costs of the services
- the expected duration of the program

We reserve the right to make the final decision concerning your eligibility to take part in this program, and the amount of any services you will be provided.

If your doctor approves the rehabilitation program we have designed for you, and you do not complete your responsibilities under the program, then we may discontinue our payments to you under this plan unless there is good cause.

**Good cause means documented physical or mental impairments, which leave you unable to take part in or complete the agreed upon program.  It can also mean that**
**you are involved in:**
- **medical treatment which prevents or interferes with your taking part in or completing the program**
- **some other vocational rehabilitation program which conflicts with your taking part in or completing the program we developed, and is reasonably expected to return you to active employment.**

## SECTION 6:  ADDITIONS TO YOUR LTD PLAN

### SOCIAL SECURITY ASSISTANCE

**HOW CAN WE ASSIST YOU WITH OBTAINING SOCIAL SECURITY DISABILITY BENEFITS?**

If you are receiving a payment from us, we can provide advice to you regarding your claim and assist you with your application for Social Security disability benefits or an appeal.

If you receive Social Security benefits this may enable you to receive Medicare after 24 months of disability payments, protect your retirement benefits, and your family may be eligible for Social Security benefits.

We can assist you in obtaining Social Security disability benefits by:
• helping you find appropriate legal representation or other assistance;
AND
• obtaining medical and vocational evidence;
AND
• reimbursing pre-approved case management expenses.

## SECTION 6:  ADDITIONS TO YOUR LTD PLAN

### LUMP SUM SURVIVOR BENEFIT

**WHAT BENEFITS MAY BE PAYABLE TO YOUR SURVIVOR IF YOU DIE?**

If we receive proof of your death:
- after you have been disabled for at least 180 consecutive days
AND
- while you were receiving a monthly payment from us we will pay a one-time lump sum benefit to your eligible survivor.  This benefit will be equal to 3 times your last gross monthly benefit payment.  We will first apply this benefit to any overpayment which may exist on your claim.

> **Gross monthly benefit means the benefit amount before any reductions for other income benefits and earnings.**

**WHO ARE YOUR ELIGIBLE SURVIVORS?**

Your spouse, if living, otherwise your children who are under age 25.  If you do not have any eligible survivors, payment will be made to your estate.  If there is no estate, then no payment will be made.

Payments becoming due to your children will be made to:
- the children
OR
- a person we name to receive payments on behalf of your children.

This payment will be valid and effective against all claims by others representing or claiming to represent your children.

3 mon

## SECTION 6:  ADDITIONS TO YOUR LTD PLAN

EMPLOYER PENSION PLAN CONTRIBUTION

**WILL WE PAY AN ADDITIONAL BENEFIT FOR YOUR PENSION PLAN CONTRIBUTIONS?**

If you are disabled and qualify for a monthly payment from us and have participated in the employer's pension plan for at least 3 months before you became disabled, then you may be eligible to receive an additional benefit.

This additional benefit will equal the amount you were contributing toward the employer's pension plan as of the date of your disability, but will not be more than 2% of your pre-disability earnings, not to exceed $500 per month.

We will pay this additional benefit to the Plan Administrator for deposit into the employer's pension plan on your behalf.

We will stop paying this benefit on the earlier of:
- the date you are no longer disabled
- the date you return to any employment
- the date you stop participating in the employer's pension plan
- the date you stop receiving disability payments from us under this plan.

## SECTION 6:  ADDITIONS TO YOUR LTD PLAN

### ADDITIONAL CATASTROPHIC DISABILITY COVERAGE

**WHO IS ELIGIBLE FOR THIS COVERAGE?**

If you are insured under the group long term disability plan, you are eligible for the Additional Catastrophic Disability Coverage described in this section.  All defined terms in the policy apply to this coverage in addition to policy provisions in this section.

**WHEN WILL THIS COVERAGE BECOME EFFECTIVE?**

You will become insured for Additional Catastrophic Disability Coverage on your effective date under the LTD plan.

However, the Additional Catastrophic Disability Coverage will be delayed if on your effective date you cannot safely and completely perform 1 or more Activities of Daily Living without another person's assistance or verbal cueing or you have a deterioration or loss in intellectual capacity and need another person's assistance or verbal cueing for your protection or for the protection of others.  Coverage will begin on the date you can safely and completely perform all of the Activities of Daily Living without another person's assistance or verbal cueing or no longer have a deterioration or loss in intellectual capacity and do not need another person's assistance or verbal cueing for your protection or the protection of others.

**WHO PAYS FOR THE COST OF THIS COVERAGE?**

Your employer pays the cost of your coverage.

**WHEN WILL YOU BE ELIGIBLE TO RECEIVE A BENEFIT?**

We will pay a monthly benefit to you when we receive proof that you are disabled and are receiving a monthly payment under the LTD plan.  The benefit will begin at the end of an elimination period shown in the LTD plan.  If your disability under this provision begins and you have not satisfied the elimination period for LTD benefits, then you will need to complete a new elimination period to begin benefits for catastrophic disability.

Disability means that due to a sickness or injury:
- you lose the ability to safely and completely perform two Activities of Daily Living without another person's assistance or verbal cueing; or
- you have a deterioration or loss in intellectual capacity and need another person's assistance or verbal cueing for your protection or for the protection of others.

## SECTION 6:  ADDITIONS TO YOUR LTD PLAN

ADDITIONAL CATASTROPHIC DISABILITY COVERAGE (continued)

**Activities of daily living (ADL) means:**
- **bathing - the ability to wash oneself in either a tub or shower, or by sponge bath; including the tasks of getting into and out of the tub or shower with or without the assistance of equipment;**
- **dressing - the ability to put on, take off, and secure all necessary and appropriate items of clothing and any necessary braces or artificial limbs;**
- **toileting - the ability to get to and from the toilet, get on and off the toilet, and perform associated personal hygiene with or without the assistance of equipment;**
- **transferring - the ability to move in and out of a bed, chair or wheelchair with or without the assistance of equipment;**
- **eating - the ability to get nourishment into the body by any means once it has been prepared and made available to one with or without the assistance of equipment;**

### HOW MUCH WILL OUR MONTHLY PAYMENT TO YOU BE?

The monthly payment is 20% of monthly earnings to a maximum monthly payment of the lesser of the LTD maximum monthly payment or $5,000.

Benefit payments under the Additional Catastrophic Disability Coverage are not subject to any policy provisions which would otherwise increase or reduce the benefit amount such as Other Income Amounts.

### WHEN WILL WE NOT COVER A DISABILITY?

All of the policy provisions that exclude or limit coverage will apply to the Additional Catastrophic Disability Coverage.

For this coverage, you will be considered to have a pre-existing condition if:
- you received treatment within the three months prior to your effective date of this coverage; AND
- your disability begins in the first 12 months after your effective date of this coverage.

## SECTION 6:  ADDITIONS TO YOUR LTD PLAN

ADDITIONAL CATASTROPHIC DISABILITY COVERAGE (continued)

**Treatment includes:**
- **consulting with a doctor**
- **receiving care or services from a doctor or from other medical professionals a doctor recommends you see**
- **taking or being prescribed medicines**
- **you should have been taking prescribed medicines but chose not to**
- **receiving diagnostic measures.**

## HOW DO YOU FILE A CLAIM?

The LTD claim information section applies to this coverage.  We may ask you to be examined, at our expense, by a doctor or other medical practitioner of our choice.  We may also require an interview with you.

## WHEN WILL BENEFIT PAYMENTS END?

Benefit payments under this Additional Catastrophic Disability Coverage will end on the earlier of the following dates:
- the date you are no longer disabled, as defined in this section;
- the date you become ineligible for monthly payments under the LTD plan;
- the end of the maximum payment duration in the LTD plan; or
- the date you die.

No survivor benefits are payable under this coverage.

## CAN I CONTINUE THIS COVERAGE IF I LEAVE THE LTD PLAN?

This Additional Catastrophic Disability Coverage cannot be continued if you leave the LTD plan.

## DOES WAIVER OF PREMIUM APPLY TO THIS COVERAGE?

Premium for this coverage is not required while monthly benefits are payable under the LTD plan.

## SECTION 6: ADDITIONS TO YOUR PLAN

### COBRA PREMIUM REIMBURSEMENT BENEFIT

**WILL WE PAY AN ADDITIONAL BENEFIT FOR YOUR COBRA PREMIUM REIMBURSEMENT?**

If you are Disabled, receiving an LTD Benefit from us, and are enrolled in a medical plan sponsored by your Employer, then you may be eligible to receive a monthly COBRA Premium Reimbursement Benefit. This benefit will be in addition to your regular LTD Benefit payment received under the Plan, provided that as a result of your Disability, you have elected COBRA continuation of your medical coverage that is now in effect and your dependents' medical coverage.

**COBRA** means the Consolidated Omnibus Budget Reconciliation Act of 1985, as then constituted and later amended.

The additional monthly amount payable under this provision will be the lesser of:
- $300; or
- The amount of the monthly COBRA premium required to continue your medical coverage, or your dependent's medical coverage in force.

Before you can receive a COBRA premium reimbursement benefit, you must provide proof satisfactory to us that COBRA continuation of your medical coverage is in effect for you and your dependents. As part of the proof of coverage, we require you to send us confirmation of COBRA coverage and premium payments, including, but not limited to, your initial COBRA election form and a copy of your initial monthly COBRA premium payment. Thereafter, we require satisfactory proof on a quarterly basis that you are making premium payments to your Employer as required to keep your COBRA coverage in force.

We will stop paying this COBRA Premium Reimbursement Benefit on the earlier of:
- The date you are no longer Disabled;
- The date you are no longer eligible for COBRA continuation of your medical coverage;
- The date your monthly Work Earnings from any Rehabilitative Employment, plus your Gross Monthly Benefit, and the monthly amounts payable under this provision, exceed 100% of your monthly Indexed Covered Pre-disability Earnings;
- The date you fail to provide us with the required proof that you are making premium payments to your Employer or another source as required to keep your COBRA coverage in force;
- The date you have received 18 months of COBRA Premium Reimbursement Benefit payments;
- The date you stop receiving LTD Benefit payments from us under this Plan; or
- The date the Maximum Payment Duration under this Plan has been reached.

## SECTION 6: ADDITIONS TO YOUR LTD PLAN

### COBRA PREMIUM REIMBURSEMENT BENEFIT (Continued)

**PRORATED BENEFIT PAYMENT**

If you discontinue making premium payments to your Employer or other source to keep your COBRA coverage in force, then any amounts due to you or refundable to us will be prorated and calculated based on the following formula:

- $1/30^{th}$ of the monthly COBRA Premium Reimbursement Benefit is payable for each day of a period of Disability that is less than a full month.

In the event we pay you an amount that exceeds the amount actually due to you under the terms of this COBRA Premium Reimbursement Benefit, we reserve the right to recover the amount of such overpayment. This right of recovery includes deduction of such overpayment amount from any other benefits that may be payable to you under this Plan, including the amount of any Minimum Monthly Payment otherwise payable.

### IMPORTANT NOTICE

**THIS BENEFIT DOES NOT PROVIDE COBRA CONTINUATION RIGHTS**

This benefit does not guarantee you any rights to continue your medical and/or dental coverage under COBRA. Your Employer is responsible for providing full and complete notice to you of any COBRA continuation rights you may have regarding medical and/or dental coverage. Any election you may wish to make for continuing your medical and/or dental coverage under COBRA must be made through your Employer. The availability of this COBRA Premium Reimbursement Benefit does not affect the requirement that any medical and/or dental coverage you may want to continue under COBRA must be elected through your Employer.



# Arkansas Children's Hospital

## Group Life Insurance Benefits
### Summary Plan Description



Symetra ® is a registered service mark of Symetra Life Insurance Company.

Symetra Life Insurance Company ▪ Group Division ▪ 777 108th Avenue NE, Suite 1200 ▪ Bellevue, WA 98004-5135 ▪ www.symetra.com
Mailing Address: PO Box 34690 ▪ Seattle, WA 98124-1690 ▪ Phone 1-800-426-7784 ▪ TTY/TDD 1-800-833-6388

LG-12128 10/11

### PLEASE READ THIS IMPORTANT NOTICE

The Employee Retirement Income Security Act of 1974 (ERISA) requires that the Plan Sponsor provide a Summary Plan Description to Plan Participants.

This document, together with the attached Certificate of Insurance ("Certificate") issued by Symetra Life Insurance Company ("Symetra"), is your Summary Plan Description. It provides you an overview of the Plan and addresses certain information that may not be included in the attached Certificate.

This document is not intended to give a Plan Participant any substantive rights to benefits that are not already provided by the attached Certificate. If the terms of this summary document conflict with the terms of the insurance contract, then the terms of the insurance contract will control, unless superseded by applicable law.

**Plan Name**
Group Life & Accidental Death and
Dismemberment Insurance Plan for Employees of
Arkansas Children's Hospital

**Plan Effective Date**
July 1, 2015

**Employer**
Arkansas Children's Hospital
1 Children's Way, Slot 600
Little Rock, AR 72202-3591

**Plan Sponsor, EIN and Number**
Arkansas Children's Hospital
Plan EIN: 71-0236857
Plan Number: 502

**Type of Plan Administration**
Insurer and Plan Administrator

**Plan Administrator**
Arkansas Children's Hospital

**Plan Year**
June 30

**Type of Plan**
Fully Insured Group Term Life Plan

**Policy Number**
01 016791 00

**Insurance Company and Contact Information**
Symetra Life Insurance Company
P. O. Box 2993
Hartford, CT 06104-2993
Toll Free Number: 1-800-943-2107
Fax Number: 1-860-392-3672

**Claims Administrator**
Claims administration for life insurance benefits under your Plan is provided by Symetra Life Insurance Company (Symetra) according to the terms of a Group Life Insurance policy. The Plan Administrator has delegated to Symetra the responsibility to interpret the terms of the Plan and as they apply to the attached Certificate.

**Agent for Service of Legal Process for the Plan**
Arkansas Children's Hospital
1 Children's Way, Slot 600
Little Rock, AR 72202-3591

Service of legal process may also be made on the Plan Administrator or a Plan Trustee, if any.

**If you have questions regarding the Plan, please contact the Employer or Plan Administrator.**

LG-12128 10/11

**Please refer to the attached Certificate for detailed information about your coverage, including:**

- Eligibility and Participation Requirements
- Enrollment Requirements
- Description of Benefits

- Definitions
- Termination Provisions
- Continuation of Coverage
- Effective date of coverage

- Benefit Reduction, Exclusions and Limitations
- Contributions to the Plan for Coverage

## Claims Procedures

**Benefit Claim**

Symetra is responsible for evaluating all benefit claims under the Plan. Symetra will decide your claim in accordance with its reasonable claims procedures, as required by ERISA and other applicable law.

See the attached Certificate of Insurance issued by Symetra for information about how to file a claim and for details regarding the Symetra's claims procedures.

**Appealing Denied Claim**

If your claim is denied (that is, not paid in part or in full), you will be notified and you may appeal to Symetra for a review of the denied claim. Symetra will decide your appeal in accordance with its reasonable claims procedures, as required by ERISA and other applicable law.

**Important Appeal Deadlines**

If you do not appeal on time, you will lose your right to file suit in a state or federal court, as you will not have exhausted your internal administrative appeal rights (which generally is a condition for bringing suit in court). See the attached Certificate of Insurance for information about how to appeal a denied claim, and for details regarding Symetra's appeals procedures.

## Statement of ERISA Rights

**Your Rights**

As a participant in the Plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA). ERISA provides that all plan participants shall be entitled to:

**Receive Information About Your Plan and Benefits**

Examine, without charge, at the Plan Administrator's office and at other specified locations, such as worksites, all documents governing the Plan, including insurance contracts, and a copy of the latest annual report (Form 5500 Series), if any, filed by the Plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

Obtain, upon written request to the Plan Administrator, copies of documents governing the operation of the Plan, including insurance contracts and copies of the latest annual report (Form 5500 Series) and updated summary plan description (SPD). The Plan Administrator may make a reasonable charge for the copies.

Receive a summary of the Plan's annual Form 5500, if any is required by ERISA to be prepared, in which case the Plan Administrator, is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition for creating rights for Plan Participants, ERISA imposes duties upon the people who are responsible for the employee welfare benefit plan. The people who operate your plan, called "fiduciaries," have a duty to do so prudently in the interest of you and other plan participants and beneficiaries. No one, including your employer or any other person, may fire you or otherwise discriminate against you from obtaining a welfare benefit or exercising your rights under ERISA.

**If you have questions regarding the Plan, please contact the Employer or Plan Administrator.**

LG-12128 10/11

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules. Under ERISA, there are steps that you can take to enforce the above rights. For instance, if you request a copy of Plan documents or the latest annual report (Form 5500), if any, from the Plan and do not receive them within 30 days, you may file suit in a federal court. In such a case, the court may require the Plan Administrator, to provide the materials and pay you up to $110 per day until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored in whole or in part, and if you have exhausted the claims procedures available to you under the Plan, you may file suit in a state or federal court.

If it should happen that Plan fiduciaries misuse the Plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a federal court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance With Your Questions**

If you have any questions about your Plan, you should contact the Plan Administrator. If you have any questions about this statement or about your rights under ERISA or if you need assistance in obtaining documents from the Plan Administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor (listed in your telephone directory), or contact the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, D.C. 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.

**Your Certificate of Insurance, issued by Symetra Life Insurance Company, is attached.**

**This Certificate is furnished to you automatically without charge.**

**If you have questions regarding the Plan, please contact the Employer or Plan Administrator.**

LG-12128 10/11



# Symetra Life Insurance Company

## Group Life Insurance

## CERTIFICATE

Class 1

Symetra® is a registered service mark of Symetra Life Insurance Company.

LG-12042/CER

10/12



## SYMETRA
RETIREMENT | BENEFITS | LIFE

### CERTIFICATE OF INSURANCE

**Symetra Life Insurance Company**
777 108th Avenue NE, Suite 1200
Bellevue, Washington 98004-5135
(An insurance company)

| | |
|---|---|
| **Policyholder:** | Arkansas Children's Hospital |
| **Policy Number:** | 01 016791 00 |
| **Policy Effective Date:** | July 1, 2015 |
| **Policy Anniversary Date:** | July first of each year beginning in 2016 |

We have issued The Policy to the Policyholder. Our name, the Policyholder's name and the Policy Number are shown above. The provisions of The Policy, which are important to You, are summarized in this certificate consisting of this form and any additional forms which have been made a part of this certificate. This certificate replaces any other certificate We may have given to You earlier under The Policy. The Policy alone is the only contract under which payment will be made. Any difference between The Policy and this certificate will be settled according to the provisions of The Policy on file with Us at Our home office. The Policy may be inspected at the office of the Policyholder.

Signed for The Company

Michael Fry, Executive Vice President

Thomas M. Marra, President

---

*A note on capitalization in this certificate:*
Capitalization of a term, not normally capitalized according to the rules of standard punctuation, indicates a word or phrase that is a defined term in The Policy or refers to a specific provision contained herein.

### Table of Contents
Certificate Face Page
Schedule of Insurance
Definitions
Eligibility and Enrollment
Period of Coverage
Benefits
General Provisions

Symetra ® is a registered service mark of Symetra Life Insurance Company.

**Schedule of Insurance**

**The benefits described herein are those in effect as of:** July 1, 2015

**Cost of Coverage:**
**Non-Contributory Coverage:**
Basic Life Insurance
Basic Accidental Death and Dismemberment Insurance


**Contributory Coverage:**
Supplemental Life Insurance
Supplemental Dependent Life Insurance


**Eligible Class(es) for Coverage:** All Active Employees working a minimum of 24 hours each week who are citizens or legal residents of the United States, excluding temporary, leased or seasonal employees.

Class 1   All Eligible Regular Full-Time Employees, Weekend Option Employees, Option 3 Employees and Part-Time With Special Benefits Employees.


**Eligibility Waiting Period for Coverage:**
If You are Actively at Work for the Employer on the Policy Effective Date:  The first of the month following one calendar month of continuous employment.

If You start working for the Employer after the Policy Effective Date:  The first of the month following one calendar month of continuous employment.

The Eligibility Waiting Period for Coverage will be reduced by the period of time You were a Active Employee with the Employer under the Prior Policy.


<u>**Life Insurance Benefit**</u>

Benefit Amounts are rounded to the next higher $1,000, if not already a multiple thereof.

**Employee**

| | Benefit<br>Amount | Benefit Maximum<br>Amount | Guaranteed Issue<br>Amount |
|---|---|---|---|
| <u>Basic</u><br>Class 1 | 1 X Earnings | $300,000 | $300,000 |
| <u>Supplemental</u><br>Class 1 | 1, 2 or 3 X Earnings as selected by You on the enrollment card | $450,000; If You initially become insured after attaining age 70 Your benefit is subject to a maximum of $50,000 | Prior to Age 70: $100,000; Age 70 and over: All benefit amounts require Evidence of Insurability |

## Schedule of Insurance

**Dependent**

| Supplemental | Benefit Amount | Benefit Maximum Amount | Guaranteed Issue Amount |
|---|---|---|---|
| Class 1 | | | |
| Spouse | 50% of Your Supplemental Life Benefit Amount | $225,000 | $30,000 |
| Child | | | |
| 15 days to 19 years; to age 25 if full-time student | Increments of $5,000 to $10,000 in increments of $5,000 as selected by You on the enrollment card | $10,000 | $10,000 |

### Accidental Death and Dismemberment Insurance Benefit (AD&D)

Principal Sums are rounded to the next higher $1,000, if not already a multiple thereof.

**Employee**

| Basic | Principal Sum | Principal Maximum Sum |
|---|---|---|
| Class 1 | 1 X Earnings | $300,000 |

### Additional Accidental Death and Dismemberment Insurance Benefits

**Seat Belt and Air Bag Coverage**
| | |
|---|---|
| Seat Belt Benefit Amount: | 10% of Basic AD&D Principal Sum |
| Seat Belt Maximum Amount: | $10,000 |
| Seat Belt Minimum Amount: | $1,000 |
| | |
| Air Bag Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Air Bag Maximum Amount: | $5,000 |

**Repatriation Benefit**
| | |
|---|---|
| Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Maximum Amount: | $5,000 |

**Child Education Benefit**
| | |
|---|---|
| Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Maximum Amount: | $5,000 |
| Minimum Amount: | $2,500 |

**Day Care Benefit**
| | |
|---|---|
| Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Maximum Amount: | $5,000 |
| Minimum Amount: | $2,500 |

**Rehabilitation Benefit**
| | |
|---|---|
| Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Maximum Amount: | $5,000 |

**Schedule of Insurance**

**Spouse Education Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000
Minimum Amount:                    $2,500

**Adaptive Home and Vehicle Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Coma Benefit**
Waiting Period:                    30 days
Maximum Amount:                    100% of Basic AD&D payments under The Policy for the Injury

**Critical Burn Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Therapeutic Counseling Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Felonious Assault Benefit**
Benefit Amount:                    10% of Basic AD&D Principal Sum
Maximum Amount:                    $25,000

### Reduction in Amount of Life Insurance
We will reduce the amount of Life Insurance for You and Your Dependent by any amount:
1)    of individual Life Insurance issued in accordance with the Conversion Right;
2)    that was continued under the Portability provision; or
3)    of Life Insurance in force, paid or payable under the Prior Policy.

### Reduction in Coverage Due to Age
Applies to Basic Life Insurance and Basic Accidental Death and Dismemberment Insurance:
We will reduce the Basic Life Insurance Benefit and Basic Principal Sum for You by the percentage indicated in the table below.  This reduction will be effective on the first of the month following the Policy Anniversary Date.  These reductions also apply if:
1)    You become covered under The Policy; or
2)    Your coverage increases;
on or after the date You attain age 65.

Percentage by which the current amount of coverage (after all previous reductions) will be reduced:

| Your Age | Your % Reduction |
| --- | --- |
| 65 | 35% |
| 70 | 25% |
| 75 | 15% |

The reduced amount of coverage will be rounded to the next higher multiple of $500, if not already a multiple of $500 and an appropriate adjustment in premium will be made.

**Schedule of Insurance**

<u>Applies to Supplemental Life Insurance:</u>
We will reduce the Supplemental Life Insurance Benefit for You by the percentage indicated in the table below.  This reduction will be effective on the first of the month following the Policy Anniversary Date.  These reductions also apply if:
1) You become covered under The Policy; or
2) Your coverage increases;
on or after the date You attain age 65.

Percentage by which the current amount of coverage (after all previous reductions) will be reduced:

| Your Age | Your % Reduction |
|---|---|
| 65 | 35% |
| 70 | 25% |
| 75 | 15% |

The reduced amount of coverage will be rounded to the next higher multiple of $500, if not already a multiple of $500 and an appropriate adjustment in premium will be made.

Your coverage terminates when You attain age 80.


<u>Applies to Supplemental Spouse Life Insurance:</u>
We will reduce the Supplemental Spouse Life Insurance Benefit for Your Spouse by the percentage indicated in the table below.  This reduction will be effective on the first of the month following the Policy Anniversary Date.  These reductions also apply if:
1) You become covered under The Policy; or
2) Your coverage increases;
on or after the date You attain age 65.

Percentage by which the current amount of coverage (after all previous reductions) will be reduced:

| Your Age | Your Spouse's% Reduction |
|---|---|
| 65 | 30% |

The reduced amount of coverage will be rounded to the next higher multiple of $500, if not already a multiple of $500 and an appropriate adjustment in premium will be made.

Your Spouse's coverage terminates when You attain age 70.

## Definitions

**Active Employee**
means an employee who works for the Employer on a regular basis in the usual course of the Employer's business.  This must be at least the number of hours shown in the Schedule of Insurance.

**Actively at Work**
means at work with Your Employer on a day that is one of Your Employer's scheduled workdays.  On that day, You must be performing for wage or profit all of the regular duties of Your job:
1)      in the usual way; and
2)      for Your usual number of hours.

We will also consider You to be Actively At Work on any regularly scheduled vacation day or holiday, only if You were Actively At Work on the preceding scheduled work day.

**Common Carrier**
means a conveyance operated by a concern, other than the Policyholder, organized and licensed for the transportation of passengers for hire and operated by that concern.

Common Carrier will not mean any such conveyance which is hired or used for a sport, gamesmanship, contest, sightseeing, observatory and/or recreational activity, regardless of whether such conveyance is licensed.

**Contributory Coverage**
means coverage for which You are required to contribute toward the cost.  Contributory Coverage is shown in the Schedule of Insurance.

**Dependent Child**
means:
1)      Your unmarried children, stepchildren, legally adopted children; or
2)      any other children related to You by blood or marriage who:
     a)      live with You in a regular parent-child relationship; or
     b)      You claimed as a dependent on Your last filed federal income tax return;
provided such children are primarily dependent upon You for financial support and maintenance and are:
1)      at least 15 days old but under age 19;
2)      age 19, but under age 25 and in full-time attendance (at least 12 course credit hours per semester) at an accredited institution of learning.  If the institution establishes full-time status in any other manner, We reserve the right to determine whether the student continues to qualify as a Dependent; or
3)      age 19 or older and disabled.  Such children must have become disabled before attaining age 19.  You must submit proof, satisfactory to Us, of such children's disability.

**Dependent**
means Your Spouse and Your Dependent Child.  A Dependent must be a citizen or legal resident of the United States.  Any person who is in full-time military service cannot be a Dependent.

**Earnings**
means Your regular annual rate of pay, not counting commissions, bonuses, tips and tokens, overtime pay or any other fringe benefits or extra compensation, in effect on the most recent date immediately prior to the last Policy Anniversary Date.

**Definitions**

**Employer**
means the Policyholder.


**Guaranteed Issue Amount**
means the amount of Life Insurance for which We do not require Evidence of Insurability.  The Guaranteed Issue Amount is shown in the Schedule of Insurance.


**Injury**
means bodily Injury resulting:
1)      directly from an accident; and
2)      independently of all other causes;
which occurs while You are covered under The Policy.

Loss resulting from:
1)      sickness or disease, except a pus-forming infection which occurs through an accidental wound; or
2)      medical or surgical treatment of a sickness or disease;
is not considered as resulting from Injury.


**Motor Vehicle**
means a self-propelled, four or more wheeled:
1)      private passenger:  car, station wagon, van or sport utility vehicle;
2)      motor home or camper; or
3)      pick-up truck;
not being used as a Common Carrier.

A Motor Vehicle does not include farm equipment, snowmobiles, all-terrain vehicles, lawnmowers or any other type of equipment vehicles.


**Non-Contributory Coverage**
means coverage for which You are not required to contribute toward the cost.  Non-Contributory Coverage is shown in the Schedule of Insurance.


**Normal Retirement Age**
means the Social Security Normal Retirement Age under the most recent amendments to the United States Social Security Act.  It is determined by Your date of birth, as follows:

| Year of Birth | Normal Retirement Age | Year of Birth | Normal Retirement Age |
|---|---|---|---|
| 1937 or before | 65 | 1955 | 66 + 2 months |
| 1938 | 65 + 2 months | 1956 | 66 + 4 months |
| 1939 | 65 + 4 months | 1957 | 66 + 6 months |
| 1940 | 65 + 6 months | 1958 | 66 + 8 months |
| 1941 | 65 + 8 months | 1959 | 66 + 10 months |
| 1942 | 65 + 10 months | 1960 or after | 67 |
| 1943 through 1954 | 66 | | |


**On**
means, when used with reference to any conveyance (land, water or air), in or On, boarding or alighting from the conveyance.

## Definitions

**Physician**
means a legally qualified Physician or surgeon other than a Physician or surgeon who is Related to You by blood or marriage.

**Prior Policy**
means, if applicable, the group life insurance policy carried by the Employer on the day before the Policy Effective Date.

**Related**
means Your Spouse or other adult living with You, sibling, parent, step-parent, grandparent, aunt, uncle, niece, nephew, son, daughter or grandchild.

**Spouse**
means Your Spouse who is not legally separated or divorced from You.

**The Policy**
means The Policy which We issued to the Policyholder under the Policy Number shown on the face page.

**We, Us or Our**
means the insurance company named on the face page of The Policy.

**You or Your**
means the person to whom this certificate is issued.

**Eligibility and Enrollment**

**Eligible Persons:** *Who is eligible for coverage?*
All persons in the class or classes shown in the Schedule of Insurance will be considered Eligible Persons.

**Eligibility for Coverage:** *When will I become eligible?*
You will become eligible for coverage on the latest of:
  1)    the Policy Effective Date;
  2)    the date on which You complete the Eligibility Waiting Period for Coverage; or
  3)    the date You become a member of an Eligible Class.

**Eligibility for Dependent Coverage:** *When will I become eligible for Dependent Coverage?*
You will become eligible for Dependent coverage on the later of:
  1)    the date You become insured for employee coverage; or
  2)    the date You acquire Your first Dependent.
You may not elect coverage for Your Dependent if such Dependent is covered as an employee under The Policy.  No person can be insured as a Dependent of more than one employee under The Policy.

**Enrollment:** *How do I enroll for coverage for myself and my Dependents?*
For Non-Contributory Coverage, Your Employer will automatically enroll You.  However, You will need to complete a beneficiary designation form.

To enroll for Contributory Coverage, You must:
  1)    complete and sign a group insurance enrollment form, satisfactory to Us; and
  2)    deliver it to Your Employer.

If You do not enroll within 31 days after becoming eligible under The Policy, or if You were eligible to enroll under the Prior Policy and did not do so, and later choose to enroll, You may only enroll:
  1)    during an Annual Enrollment Period if designated by the Policyholder; or
  2)    within 31 days of the date You have a Change in Family Status.

Any enrollment may be subject to the Evidence of Insurability Requirements provision.

**Evidence of Insurability Requirements:** *When will I first be required to provide Evidence of Insurability?*
We require Evidence of Insurability, satisfactory to Us, for initial coverage, if You:
  1)    enroll more than 31 days after the date You are first eligible to enroll, including electing initial coverage after a Change in Family Status;
  2)    enroll for an amount of Life Insurance greater than the Guaranteed Issue Amount, regardless of when You enroll for coverage; or
  3)    were eligible for any coverage under the Prior Policy, but did not enroll and later choose to enroll for that coverage under The Policy.

If Your Evidence of Insurability is not satisfactory to Us:
  1)    Your amount of Life Insurance will equal the amount for which You were eligible without providing Evidence of Insurability, provided You enrolled within 31 days of the date You were first eligible to enroll; or
  2)    You will not be covered under The Policy if You enrolled more than 31 days after the date You were first eligible to enroll.

**Eligibility and Enrollment**

**Dependent Evidence of Insurability Requirements:** *When will my Dependent first be required to provide Evidence of Insurability?*
We require Evidence of Insurability, satisfactory to Us, for initial coverage, if You:
1) enroll for Your Dependent coverage more than 31 days after the date You are first eligible to enroll, including electing initial coverage after a Change in Family Status;
2) enroll for an amount of Dependent Life Insurance greater than the Guaranteed Issue Amount, regardless of when You enroll for coverage; or
3) were eligible for any coverage under the Prior Policy, but did not enroll and later choose to enroll for that coverage under The Policy.

However, no Evidence of Insurability will be required if the amount of Life Insurance for Your Dependent Child is $15,000 or less.

If Your Dependent Evidence of Insurability is not satisfactory to Us:
1) the amount of Dependent Life Insurance will equal the amount for which Your Dependent was eligible without providing Evidence of Insurability, provided You enrolled within 31 days of the date You were first eligible to enroll; or
2) Your Dependent will not be covered under The Policy if You enrolled more than 31 days after the date You were first eligible to enroll.

**Evidence of Insurability:** *What is Evidence of Insurability?*
Evidence of Insurability must be satisfactory to Us and may include, but will not be limited to:
1) a completed and signed application approved by Us;
2) a medical examination;
3) attending Physicians' statement; and
4) any additional information We may require.

All Evidence of Insurability will be furnished at Your expense. We will then determine if You or Your Dependent are insurable for initial coverage or an increase in coverage under The Policy.

You will be notified in writing of Our determination of any Evidence of Insurability submission.

**Change in Family Status:** *What constitutes a Change in Family Status?*
A Change in Family Status occurs when:
1) You get married;
2) You and Your Spouse divorce;
3) Your child is born or You adopt or become the legal guardian of a child;
4) Your Spouse dies;
5) Your child is no longer financially dependent on You or dies;
6) Your Spouse is no longer employed, which results in a loss of group insurance; or
7) You have a change in classification from part-time to full-time or from full-time to part-time.

## Period of Coverage

**Effective Date:**  *When does my coverage start?*

Non-Contributory Coverage, for which Evidence of Insurability is not required, will start on the date You become eligible.

Contributory Coverage, for which Evidence of Insurability is not required, will start on the latest to occur of:
1)    the date You become eligible, if You enroll on or before that date;
2)    the first of the month following the last day of any Annual Enrollment Period, if You enroll during an Annual Enrollment Period; or
3)    the date You enroll, if You do so within 31 days from the date You are eligible.

Any coverage, for which Evidence of Insurability is required, will become effective on the later of:
1)    the date You become eligible; or
2)    the date We approve Your Evidence of Insurability.

However, all Effective Dates of coverage are subject to the Deferred Effective Date provision.

**Deferred Effective Date:**  *When will my effective date for coverage or a change in my coverage be deferred?*

If, on the date You are to become covered:
1)    under The Policy;
2)    for increased benefits; or
3)    for a new benefit;
You are not Actively at Work due to a physical or mental condition such coverage will not start until the date You are Actively at Work.

**Continuity from a Prior Policy:**  *Is there continuity of coverage from a Prior Policy?*

Your initial coverage under The Policy will begin, and will not be deferred if, on the day before the Policy Effective Date, You were insured under the Prior Policy, but on the Policy Effective Date You were not Actively at Work and would otherwise meet the Eligibility requirements of The Policy.  However, Your amount of Insurance will be the lesser of the amount of Life Insurance and Accidental Death and Dismemberment Principal Sum:
1)    You had under the Prior Policy; or
2)    shown in the Schedule of Insurance;
reduced by any coverage amount:
1)    that is in force, paid or payable under the Prior Policy; or
2)    that would have been so payable under the Prior Policy had timely election been made.

Such amount of insurance under this provision is subject to any reductions in The Policy and will not increase.

Coverage provided through this provision ends on the first to occur of:
1)    the last day of a period of 12 consecutive months after the Policy Effective Date;
2)    the date Your insurance terminates for any reason shown under the Termination provision;
3)    the last day You would have been covered under the Prior Policy, had the Prior Policy not terminated; or
4)    the date You are Actively at Work.
However, if the coverage provided through this provision ends because You are Actively at Work, You may be covered as an Active Employee under The Policy.

**Period of Coverage**

**Dependent Effective Date:** *When does Dependent coverage start?*
Coverage, for which Evidence of Insurability is not required, will start on the latest to occur of:
1)   the date You become eligible for Dependent coverage, if You have enrolled on or before that date;
2)   the first of the month following the last day of any Annual Enrollment Period, if You enroll during an Annual Enrollment Period; or
3)   the date You enroll, if You do so within 31 days from the date You are eligible for Dependent coverage.

Coverage, for which Evidence of Insurability is required, will become effective on the later of:
1)   the date You become eligible for Dependent coverage; or
2)   the date We approve Your Dependent Evidence of Insurability.

In no event will Dependent coverage become effective before You become insured.

**Dependent Deferred Effective Date:** *When will the effective date for Dependent coverage or a change in coverage be deferred?*
If, on the date Your Dependent, is to become covered:
1)   under The Policy;
2)   for increased benefits; or
3)   for a new benefit;
he or she is:
1)   confined in a hospital; or
2)   Confined Elsewhere;
such coverage will not start until he or she:
1)   is discharged from the hospital; or
2)   is no longer Confined Elsewhere;
and has engaged in all the normal and customary activities of a person of like age and gender, in good health, for at least 15 consecutive days.

This Deferred Effective Date provision will not apply to Disabled children who qualify under the definition of Dependent Child.

**Confined Elsewhere** means Your Dependent is unable to perform, unaided, the normal functions of daily living, or leave home or other place of residence without assistance.

**Dependent Continuity from a Prior Policy:** *Is there continuity of coverage from a Prior Policy for my Dependent?*
If, on the day before the Policy Effective Date, You were covered with respect to Your Dependent under the Prior Policy, the Deferred Effective Date provision will not apply to initial coverage under The Policy for such Dependent. However, the Dependent amount of Insurance will be the lesser of the amount of Life Insurance:
1)   they had under the Prior Policy; or
2)   shown in the Schedule of Insurance;
reduced by any coverage amount:
1)   that is in force, paid or payable under the Prior Policy; or
2)   that would have been so payable under the Prior Policy had timely election been made.

**Change in Coverage:** *When may I change my coverage or coverage for my Dependent?*
After Your initial enrollment, You may increase or decrease coverage for You or Your Dependent or add a new Dependent to Your existing Dependent coverage:
1)   during any Annual Enrollment Period designated by the Policyholder; or
2)   within 31 days of the date of a Change in Family Status.

**Period of Coverage**

**Effective Date for Changes in Coverage:** *When will changes in coverage become effective?*
Any decrease in coverage will take effect on the first of the month following the Policy Anniversary Date.

Any increase in coverage will take effect on the latest of:
1) the first of the month coincident with or next following the date of the change;
2) the date requirements of the Deferred Effective Date provision are met; or
3) the date Evidence of Insurability is approved, if required.

**Increase in Amount of Life Insurance:** *If I request an increase in the amount of Life Insurance for myself or my Dependent, must we provide Evidence of Insurability?*
If You or Your Dependent are:
1) already enrolled for an amount of Life Insurance under The Policy, then You and Your Dependent must provide Evidence of Insurability for any increase; or
2) not already enrolled for Life Insurance under The Policy, You and Your Dependent must provide Evidence of Insurability for any amount of coverage, including an initial amount of Life Insurance.

In any event, if the amount of Insurance You request is greater than the Combined Guaranteed Issue Amount, You or Your Dependent, as applicable, must provide Evidence of Insurability.

If Your Evidence of Insurability is not satisfactory to Us, the amount of Insurance You had in effect on the date immediately prior to the date You requested the increase will not change.

If Your Dependent Evidence of Insurability is not satisfactory to Us, the amount of Insurance he or she had in effect on the date immediately prior to the date You requested the increase will not change.

**Increase in Amount of Life Insurance:** *If my amount of Life Insurance increases because my Earnings increase, must I provide Evidence of Insurability?*
If Your amount of Insurance is based on a multiple of Your Earnings, You must provide Evidence of Insurability if Your Earnings increase such that Your amount of Insurance is greater than the Combined Guaranteed Issue Amount.

Additionally, once approved, We require Evidence of Insurability again if Your amount of Insurance:
1) is greater than the Combined Guaranteed Issue Amount; and
2) would increase solely because Your Earnings increased more than $25,000:
   a) during the last 12 consecutive month period; or
   b) since Your Evidence of Insurability was last approved;
   whichever occurs most recently.
However, if:
1) You do not submit Evidence of Insurability; or
2) Your Evidence of Insurability is not satisfactory to Us;
Your amount of Life Insurance:
1) will increase, but only up to the amount for which You were eligible without having to provide Evidence of Insurability; and
2) will not increase again, or beyond that amount, until Your Evidence of Insurability is approved.

**Period of Coverage**

**Termination:** *When will my coverage end?*
Applies to Basic Life Insurance and Basic Accidental Death and Dismemberment Insurance:
Your coverage will end on the earliest of the following:
  1) the date The Policy terminates;
  2) the last day of the month following the date You are no longer in a class eligible for coverage, or the class is cancelled;
  3) the date the required premium is due but not paid;
  4) the last day of the month following the date You or Your Employer terminates Your employment; or
  5) the last day of the month following the date You are no longer Actively at Work;
unless continued in accordance with one of the Continuation Provisions.

Applies to Supplemental Life Insurance:
Your coverage will end on the earliest of the following:
  1) the date The Policy terminates;
  2) the last day of the month following the date You are no longer in a class eligible for coverage, or the class is cancelled;
  3) the date the required premium is due but not paid;
  4) the last day of the month following the date You or Your Employer terminates Your employment; or
  5) the last day of the month following the date You are no longer Actively at Work; or
  6) the date You reach age 80;
unless continued in accordance with one of the Continuation Provisions.

**Reinstatement:** *Can my coverage be reinstated after it ends?*
If:
  1) Your coverage ends because You are no longer employed by the Employer or no longer in an eligible class; and
  2) You are rehired or return to an eligible class within 12 months of the date Your coverage ended;
then coverage for You and Your previously covered Dependent may be reinstated, provided You request such reinstatement within 31 days of the date You return to work or to an eligible class.

The reinstated coverage will:
  1) be the same coverage amounts in force on the date coverage ended;
  2) not be subject to any Eligibility Waiting Period for Coverage or Evidence of Insurability; and
  3) be subject to all the terms and provisions of The Policy.

We will not reinstate any amount of coverage which You or Your Dependent:
  1) converted in accordance with the Conversion Right; or
  2) continued under the Portability provision;
unless You cancel such coverage.

**Dependent Termination:** *When does coverage for my Dependent end?*
Coverage for Your Dependent will end on the earliest to occur of:
  1) the date Your coverage ends;
  2) the date the required premium is due but not paid;
  3) the date You are no longer eligible for Dependent coverage;
  4) the date We or the Employer terminate Dependent coverage;
  5) the date the Dependent no longer meets the definition of Dependent; or
  6) the date You reach age 70;
unless continued in accordance with the Continuation Provisions.

## Period of Coverage

**Continuation Provisions:** *Can my coverage be continued beyond the date it would otherwise terminate?*

Coverage under The Policy may be continued, at Your Employer's option, beyond a date shown in the Termination provision, provided Your Employer provides a plan of continuation which applies to all employees the same way. Coverage may not be continued under more than one Continuation Provision. The amount of continued coverage applicable to You will be the amount of coverage in effect on the date immediately before coverage would otherwise have ended. Continued coverage:

1) is subject to any reductions in The Policy;
2) is subject to payment of premium;
3) may be continued up to the maximum time shown in the provisions; and
4) terminates if The Policy terminates.

In no event will the amount of insurance increase while coverage is continued in accordance with the following provisions.

In all other respects, the terms of Your coverage remain unchanged.

<u>Leave of Absence</u>: If You are on a documented leave of absence, other than Family and Medical Leave or Military Leave of Absence, all of Your coverage may be continued for up to three months following the date the leave of absence commenced. If the leave terminates prior to the agreed upon date, this continuation will cease immediately.

<u>Layoff</u>: If You are temporarily laid off by the Employer due to lack of work, all of Your coverage may be continued for up to three months following the date the layoff commenced. If the layoff becomes permanent, this continuation will cease immediately.

<u>Sickness or Injury</u>: If You are not Actively at Work due to sickness or Injury, all of Your coverage may be continued:

1) for a period of 12 consecutive months from the date You were last Actively at Work; or
2) if such absence results in a leave of absence in accordance with state and/or federal family and medical leave laws, then the combined continuation period will not exceed 12 consecutive months.

<u>Family and Medical Leave</u>: If You are granted a leave of absence, in writing, according to the Family and Medical Leave Act of 1993, or other applicable state or local law, Your coverage may be continued for up to 12 weeks, or longer if required by other applicable law, following the date Your leave commenced. If the leave of absence ends prior to the agreed upon date, this continuation will cease immediately.

**Continuation for Dependent Child with Disabilities:** *Will coverage for Dependent Child with Disabilities be continued?*

If Your Dependent Child reaches the age at which they would otherwise cease to be a Dependent as defined, and they are:

1) age 19 or older;
2) Disabled; and
3) primarily dependent upon You for financial support;

then Dependent Child coverage will not terminate solely due to age. However:

1) You must submit proof satisfactory to Us of such Dependent Child's disability within 31 days of the date he or she reaches such age; and
2) such Dependent Child must have become Disabled before attaining age 19.

**Period of Coverage**

Coverage under The Policy will continue as long as:
1) You remain insured;
2) the child continues to meet the required conditions; and
3) any required premium is paid when due.

However, no increase in the amount of Life Insurance for such Dependent Child will be available.

We have the right to require proof, satisfactory to Us, as often as necessary during the first two years of continuation, that the child continues to meet these conditions.  We will not require proof more often than once a year after that.

**Waiver of Premium:**  *Does coverage continue if I am Disabled?*
Waiver of Premium is a provision which allows You to continue Your and Your Dependent Life Insurance coverage without paying premium, while You are Disabled and qualify for Waiver of Premium.

If You qualify for Waiver of Premium, the amount of continued coverage:
1) will be the amount in force on the date You cease to be an Active Employee;
2) will be subject to any reductions provided by The Policy; and
3) will not increase.

**Eligible Coverages:**  *What coverages are eligible under this provision?*
This provision applies only to:
1) Your Basic Life Insurance;
2) Your Supplemental Life Insurance; and
3) Supplemental Dependent Life Insurance.

You are not eligible to apply for both the Portability Benefit and Waiver of Premium for the same coverage amount for You or Your Dependent.

**Disabled:**  *What does Disabled mean?*
Disabled means You are prevented by Injury or sickness from doing any work for which You are, or could become, qualified by:
1) education;
2) training; or
3) experience.

In addition, You will be considered Disabled if You have been diagnosed with a life expectancy of 24 months or less.

**Conditions for Qualification:**  *What conditions must I satisfy before I qualify for this provision?*
To qualify for Waiver of Premium You must:
1) be covered under The Policy and be under age 60 when You become Disabled;
2) be Disabled and provide Proof of Loss that You have been Disabled for six consecutive months, starting on the date You were last Actively at Work; and
3) provide such proof within one year of Your last day of work as an Active Employee.

In any event, You must have been Actively at Work under The Policy to qualify for Waiver of Premium.

## Period of Coverage

**When Premiums are Waived:**  *When will premiums be waived?*
If We approve Waiver of Premium, We will notify You of the date We will begin to waive premium.  In any case, We will not waive premiums for the first six months You are Disabled.  We have the right to:
1) require Proof of Loss that You are Disabled; and
2) have You examined at reasonable intervals during the first two years after receiving initial Proof of Loss, but not more than once a year after that.
If You fail to submit any required Proof of Loss or refuse to be examined as required by Us, then Waiver of Premium ceases.

However, if We deny Waiver of Premium, You may be eligible to:
1) continue coverage under the Portability Benefit; or
2) convert coverage in accordance with the Conversion Right;
for You and Your Dependent.

If You cease to be Disabled and return to work for a total of five days or less during the first six months that You are Disabled, the six month waiting period will not be interrupted.  Except for the five days or less that You worked, You must be Disabled by the same condition for the total six month period.  If You return to work for more than five days, You must satisfy a new waiting period.

**Benefit Payable before Approval of Waiver of Premium:**  *What if I die or my Dependent dies before I qualify for Waiver of Premium?*
If You or Your Dependent die within one year of Your last day of work as an Active Employee, but before You qualify for Waiver of Premium, We will pay the amount of Life Insurance which is in force for the deceased person provided:
1) You were continuously Disabled;
2) the disability lasted or would have lasted six months or more; and
3) premiums had been paid for coverage.

**Waiver Ceases:**  *When will Waiver of Premium cease?*
We will waive premium payments and continue Your coverage, while You remain Disabled, until the date You attain Normal Retirement Age if Disabled prior to age 60.

We will waive premium payments for Your Dependent Life Insurance and continue such coverage, while You remain Disabled, until the earliest of the date:
1) You die;
2) You no longer qualify for Waiver of Premium;
3) The Policy terminates;
4) Your Dependent is no longer in an Eligible Class or Dependent coverage is no longer offered; or
5) Your Dependent no longer meets the definition of Dependent.

*What happens when Waiver of Premium ceases?*
When the Waiver of Premium ceases:
1) if You return to work in an Eligible Class, as an Active Employee, then You may again be eligible for coverage for Yourself and Your Dependent as long as premiums are paid when due; or
2) if You do not return to work in an Eligible Class, coverage will end and You may be eligible to exercise the Conversion Right for You and Your Dependent if You do so within the time limits described in such provision.  The amount of Life Insurance that may be converted will be subject to the terms and conditions of the Conversion Right.  Portability will not be available.

**Period of Coverage**

**Effect of Policy Termination:** *What happens to the Waiver of Premium if The Policy terminates?*
If The Policy terminates before You qualify for Waiver of Premium:

1)  You may be eligible to exercise the Conversion Right, provided You do so within the time limits described in such provision; and
2)  You may still be approved for Waiver of Premium if You qualify.

If The Policy terminates after You qualify for Waiver of Premium:

1)  Your Dependent coverage will terminate; and
2)  Your coverage under the terms of this provision will not be affected.

**Benefits**

**Life Insurance Benefit:**  *When is the Life Insurance Benefit payable?*
If You or Your Dependent die while covered under The Policy, We will pay the deceased person's Life Insurance Benefit after We receive Proof of Loss, in accordance with the Proof of Loss provision.

The Life Insurance Benefit will be paid according to the General Provisions of The Policy.

**Suicide:**  *What benefit is payable if death is a result of suicide?*
If You or Your Dependent commit suicide while sane or insane, We will not pay any Supplemental amount of Life Insurance or Supplemental amount of Dependent Life Insurance for the deceased person which was elected within the two year period immediately prior to the date of death. This applies to initial coverage and elected increases in coverage. It does not apply to benefit increases that resulted solely due to an increase in Earnings.

This two year period includes the time group life insurance coverage was in force under the Prior Policy.

**Accelerated Benefit:**  *What is the benefit?*
In the event that You or Your Dependent are diagnosed as Terminally Ill, and You request in writing that a portion of the Terminally Ill person's amount of Life Insurance be paid as an Accelerated Benefit while the Terminally Ill person is:
    1)    covered under The Policy for an amount of Life Insurance of at least $10,000; and
    2)    under age 60;
We will pay the Accelerated Benefit Amount as shown below, provided We receive proof of such Terminal Illness.

The amount of Life Insurance payable upon the Terminally Ill person's death will be reduced by any Accelerated Benefit Amount paid under this benefit.

You may request a minimum Accelerated Benefit Amount of $3,000, and a maximum of $250,000. However, in no event will the Accelerated Benefit Amount exceed 75% of the Terminally Ill person's amount of Life Insurance. This option may be exercised only once for You and only once for each of Your Dependents.

For example, if You are covered for a Life Insurance Benefit Amount under The Policy of $10,000 and are Terminally Ill, You can request any portion of the amount of Life Insurance Benefits from $3,000 to $7,500 to be paid now instead of to Your beneficiary upon death. However, if You decide to request only $3,000 now, You cannot request the additional $4,500 in the future.

A person who submits proof satisfactory to Us of his or her Terminal Illness will also meet the definition of Disabled for Waiver of Premium.

Any benefits received under this benefit may be taxable. You should consult a personal tax advisor for further information.

In the event:
    1)    You are required by law to accelerate benefits to meet the claims of creditors; or
    2)    if a government agency requires You to apply for benefits to qualify for a government benefit or
        entitlement;
You will still be required to satisfy all the terms and conditions herein in order to receive an Accelerated Benefit.

**Benefits**

If You have executed an assignment of rights and interest with respect to Your or Your Dependent amount of Life Insurance, in order to receive the Accelerated Benefit, We must receive a release from the assignee before any benefits are payable.

**Terminal Illness or Terminally Ill** means a life expectancy of 24 months or less which manifested itself more than 60 days after the effective date of coverage under The Policy.

**Proof of Terminal Illness and Examinations:** *Must proof of Terminal Illness be submitted?*
We reserve the right to require satisfactory Proof of Terminal Illness on an ongoing basis. Any diagnosis submitted must be provided by a Physician.

If You or Your Dependent do not submit proof of Terminal Illness satisfactory to Us, or if You or Your Dependent refuse to be examined by a Physician, as We may require, then We will not pay an Accelerated Benefit.

**No Longer Terminally Ill:** *What happens to my coverage if I am no longer Terminally Ill or my Dependent is no longer Terminally Ill?*
If You or Your Dependent are diagnosed by a Physician as no longer Terminally Ill and:
1) are in an Eligible Class, coverage will remain in force, provided premium is paid;
2) are not in an Eligible Class, but You continue to meet the definition of Disabled, coverage will remain in force, subject to the Waiver of Premium provision; or
3) are not in an Eligible Class, but You do not continue to meet the definition of Disabled, coverage will end and You may be eligible to exercise the Conversion Right, if You do so within the time limits described in such provision.
In any event, the amount of coverage will be reduced by the Accelerated Benefit paid.

**Conversion Right:** *If coverage under The Policy ends, do I have a right to convert?*
If Life Insurance coverage or any portion of it under The Policy ends for any reason, You and Your Dependent may have the right to convert the coverage that terminated to an individual conversion policy without providing Evidence of Insurability. Conversion is not available for:
1) the Accidental Death and Dismemberment Insurance Benefits; or
2) any amount of Life Insurance for which You or Your Dependent were not eligible and covered; under The Policy.

If coverage under The Policy ends because:
1) The Policy is terminated; or
2) coverage for an Eligible Class is terminated;
then You or Your Dependent must have been insured under The Policy for five years or more, in order to be eligible to convert coverage. The amount which may be converted under these circumstances is limited to the lesser of:
1) $10,000; or
2) the Life Insurance Benefit under The Policy less any amount of Life Insurance for which You or Your Dependent may become eligible under any group life insurance policy issued or reinstated within 31 days of termination of group life coverage.

If coverage under The Policy ends for any other reason, the full amount of coverage which ended may be converted.

**Insurer**, as used in this provision, means Us or another insurance company which has agreed to issue conversion policies according to this Conversion Right.

**Benefits**

**Conversion:** *How do I convert my coverage or my Dependent coverage?*
To convert Your coverage or coverage for Your Dependent, You must complete a Notice of Conversion Right form. The Insurer must receive this within 31 days after Life Insurance terminates.

After the Insurer verifies eligibility for coverage, the Insurer will send You a Conversion Policy proposal. You must:
1)     complete and return the request form in the proposal; and
2)     pay the required premium for coverage;
within the time period specified in the proposal.

Any individual policy issued to You or Your Dependent under the Conversion Right:
1)     will be effective as of the 32nd day after the date coverage ends; and
2)     will be in lieu of coverage for this amount under The Policy.

**Conversion Policy Provisions:** *What are the Conversion Policy Provisions?*
The Conversion Policy will:
1)     be issued on one of the Life Insurance policy forms the Insurer is issuing for this purpose at the time of conversion; and
2)     base premiums on the Insurer's rates in effect for new applicants of Your class and age at the time of conversion.
The Conversion Policy will not provide:
1)     the same terms and conditions of coverage as The Policy;
2)     any benefit other than the Life Insurance Benefit; and
3)     term insurance.

However, Conversion is not available for any amount of Life Insurance which was, or is being, continued:
1)     in accordance with the Waiver of Premium provision;
2)     under a certificate of insurance issued in accordance with the Portability provision; or
3)     in accordance with the Continuation Provisions;
until such coverage ends.

**Death within the Conversion Period:** *What if I or my Dependent die before coverage is converted?*
We will pay the deceased person's amount of Life Insurance You would have had the right to apply for under this provision if:
1)     coverage under The Policy terminates;
2)     You or Your Dependent die within 31 days of the date coverage terminates; and
3)     We receive Proof of Loss.

If the Conversion Policy has already taken effect, no Life Insurance Benefit will be payable under The Policy for the amount converted.

**Effect of Waiver of Premium on Conversion:** *What happens to the Conversion Policy if Waiver of Premium is later approved?*
If You apply and are approved for Waiver of Premium after an individual Conversion Policy has been issued, any benefit payable at Your or Your Dependent's death under The Policy will be paid only if the individual Conversion Policy is surrendered.

**Portability Benefits:** *What is Portability?*
Portability is a provision which allows You and Your Dependent to continue coverage under a Group Portability policy when coverage would otherwise end due to certain Qualifying Events. Portability applies to Supplemental Life Insurance and Supplemental Dependent Life Insurance only.

**Benefits**

**Qualifying Events:** *What are Qualifying Events?*
Qualifying Events for You are:
1)    Your employment terminates, for any reason prior to Normal Retirement Age; or
2)    Your membership in an Eligible Class under The Policy ends.
Qualifying Events for Your Dependent are:
1)    Your Employment terminates, for any reason prior to Normal Retirement Age;
2)    Your death;
3)    Your membership in a class eligible for Dependent coverage ends; or
4)    he or she no longer meets the definition of Dependent.  However, a Dependent Child who reaches the limiting age under The Policy is not eligible for Portability.

**Electing Portability:** *How do I elect Portability?*
You may elect Portability for Your coverage after Your Supplemental coverage ends because You had a Qualifying Event.  You may also elect Portability for Your Dependent coverage if Your Dependent has a Qualifying Event.  The Policy must still be in force in order for Portability to be available.

In order for Dependent Child coverage to be continued under this provision, You or Your Spouse must elect to continue coverage.

To elect Portability for You or Your Dependent, You must:
1)    complete and have Your Employer sign a Portability application; and
2)    submit the application to Us, with the required premium.
This must be received within:
1)    31 days after Life Insurance terminates; or
2)    15 days from the date Your Employer signs the application;
whichever is later.  However, Portability requests will not be accepted if they are received more than 91 days after Life Insurance terminates.

After We verify eligibility for coverage, We will issue a certificate of insurance under a Portability policy.  The Portability coverage will be:
1)    issued without Evidence of Insurability;
2)    issued on one of the forms then being issued by Us for Portability purposes; and
3)    effective on the day following the date Your or Your Dependent coverage ends.
The terms and conditions of coverage under the Portability policy will not be the same terms and conditions that are applicable to coverage under The Policy.

**Limitations:** *What limitations apply to this benefit?*
You may elect to continue 50%, 75% or 100% of the amount of Life Insurance which is ending for You or Your Dependent.  This amount will be rounded to the next higher multiple of $1,000, if not already a multiple of $1,000.  However, the amount of Life Insurance that may be continued will not exceed:
1)    $450,000 for You;
2)    $50,000 for Your Spouse; or
3)    $10,000 for Your Dependent Child.

If You elect to continue 50% or 75% now, You may not continue any portion of the remaining amount under this Portability provision at a later date.  In no event will You or Your Dependent be able to continue an amount of Life Insurance which is less than $5,000.

Portability is not available for any amount of Life Insurance for which You or Your Dependent were not eligible and covered.

In addition, Portability is not available if You or Your Dependent are entering active military service.

## Benefits

**Effect of Portability on other Provisions:** *How does Portability affect other provisions?*
Portability is not available for any amount of Life Insurance which was, or is being, continued in accordance with the:
1)    Conversion Right;
2)    Waiver of Premium provision; or
3)    Continuation Provisions;
under The Policy. However, if:
1)    You elect to continue only a portion of terminated coverage under this Portability provision; or
2)    the amount of Life Insurance exceeds the maximum Portability amount;
then the Conversion Right may be available for the remaining amount.

The Waiver of Premium provision will not be available if You elect to continue coverage under this Portability provision.

**Accidental Death and Dismemberment Insurance Benefit:** *When is the Accidental Death and Dismemberment Insurance Benefit payable?*
If You sustain an Injury which results in any of the following Losses within 365 days of the date of accident, We will pay Your amount of Principal Sum, or a portion of such Principal Sum, as shown opposite the Loss, after We receive Proof of Loss in accordance with the Proof of Loss provision.

This Benefit will be paid according to the General Provisions of The Policy.

We will not pay more than the Principal Sum, to any one person, for all Losses due to the same accident. Your amount of Principal Sum is shown in the Schedule of Insurance.

For Loss of:

| | |
|---|---|
| Life | Principal Sum |
| Both Hands or Both Feet or Sight of Both Eyes | Principal Sum |
| One Hand and One Foot | Principal Sum |
| Speech and Hearing in Both Ears | Principal Sum |
| Either Hand or Foot and Sight of One Eye | Principal Sum |
| Movement of Both Upper and Lower Limbs (Quadriplegia) | Principal Sum |
| Movement of Both Lower Limbs (Paraplegia) | Three-Quarters of Principal Sum |
| Movement of Three Limbs (Triplegia) | Three-Quarters of Principal Sum |
| Movement of the Upper and Lower Limbs of One Side of the Body (Hemiplegia) | One-Half of Principal Sum |
| Either Hand or Foot | One-Half of Principal Sum |
| Sight of One Eye | One-Half of Principal Sum |
| Speech or Hearing in Both Ears | One-Half of Principal Sum |
| Movement of One Limb (Uniplegia) | One-Quarter of Principal Sum |
| Thumb and Index Finger of Either Hand | One-Quarter of Principal Sum |

**Loss** means with regard to:
1)    hands and feet, actual severance through or above wrist or ankle joints;
2)    sight, speech and hearing, entire and irrecoverable loss thereof;
3)    thumb and index finger, actual severance through or above the metacarpophalangeal joints; or
4)    movement, complete and irreversible paralysis of such limbs.

**Double Indemnity while On a Common Carrier Benefit:** *When is the Double Indemnity while On a Common Carrier Benefit payable?*
If the Injury occurs while You are On a Common Carrier, We will double the Principal Sum payable.

**Benefits**

**Seat Belt and Air Bag Benefit:** *When is the Seat Belt and Air Bag Benefit payable?*
If You sustain an Injury that results in a Loss payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Seat Belt and Air Bag Benefit if the Injury occurred while You were:
1) a passenger riding in; or
2) the licensed operator of;
a properly registered Motor Vehicle and were wearing a Seat Belt at the time of the Accident as verified on the police accident report.

This Benefit will be paid:
1) after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

If a Seat Belt Benefit is payable, We will also pay an Air Bag Benefit if You were:
1) positioned in a seat equipped with a factory-installed Air Bag; and
2) properly strapped in the Seat Belt when the Air Bag inflated.

The Seat Belt Benefit is the lesser of:
1) an amount resulting from multiplying Your amount of Principal Sum by the Seat Belt Benefit Percentage; or
2) the Maximum Amount for this Benefit.

The Air Bag Benefit is the lesser of:
1) an amount resulting from multiplying Your amount of Principal Sum by the Air Bag Benefit Percentage; or
2) the Maximum Amount for this Benefit.

If it cannot be determined that You were wearing a Seat Belt at the time of Accident, a Minimum Benefit will be payable under the Seat Belt Benefit.

**Accident**, for the purpose of this Benefit only, means the unintentional collision of a Motor Vehicle during which You were wearing a Seat Belt.

**Air Bag** means an inflatable supplemental passive restraint system installed by the manufacturer of the Motor Vehicle or its proper replacement parts installed as required by the Motor Vehicle's manufacturer's specifications that inflates upon collision to protect an individual from Injury and death.  An Air Bag is not considered a Seat Belt.

**Seat Belt** means an unaltered belt, lap restraint, or lap and shoulder restraint installed by the manufacturer of the Motor Vehicle, or proper replacement parts installed as required by the Motor Vehicle's manufacturer's specifications.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


**Repatriation Benefit:** *When is the Repatriation Benefit payable?*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Repatriation Benefit, if the death occurs outside the territorial limits of the state or country of Your place of permanent residence.

This Benefit will be paid:
1) after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

**Benefits**

The Repatriation Benefit will pay the least of:
1) the actual expenses incurred for:
   a) preparation of the body for burial or cremation; and
   b) transportation of the body to the place of burial or cremation;
2) the amount resulting from multiplying Your amount of Principal Sum by the Repatriation Benefit Percentage; or
3) the Maximum Amount for this Benefit.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Felonious Assault Benefit:** *When is the Felonious Assault Benefit payable?*
If You sustain an Injury that results in a Loss payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Felonious Assault Benefit, if Injury is the result of a Felonious Assault.

This Benefit will be paid:
1) after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

The Felonious Assault Benefit will pay the lesser of:
1) the amount resulting from multiplying Your amount of Principal Sum by the Felonious Assault Percentage; or
2) the Maximum Amount for this Benefit.

**Felonious Assault** means a violent or criminal act directed at You during the course of:
1) a robbery, kidnapping or criminal assault; or
2) an attempt at any of the above;
which constitutes a felony under the law.

The Felonious Assault Benefit will not pay for a Loss that results from a Felonious Assault committed by:
1) a member of Your family;
2) a member of the household in which You live; or
3) Your fellow employee.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Child Education Benefit:** *When is the Child Education Benefit payable?*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Child Education Benefit to Your Child.

This Benefit will be paid:
1) after We receive proof that Your Child qualifies as a Student, as defined in this Benefit; and
2) according to the General Provisions of The Policy.

If You die, the Child Education Benefit provides an annual amount equal to the lesser of:
1) the amount resulting from multiplying Your amount of Principal Sum by the Child Education Percentage; or
2) the Maximum Amount for this Benefit.

The Child Education Benefit is payable to each of Your Children:
1) on the date; and
2) for whom;
We have received proof satisfactory to Us that he or she is a Student.

If he or she is a minor, We will pay the benefit to the Student's legal guardian.

**Benefits**

We will pay the Child Education Benefit to a qualifying Student until the first to occur of:
1) Our payment of the fourth Child Education Benefit to or on behalf of that person; or
2) the end of the 12th consecutive month during which We have not received proof satisfactory to Us that he or she is a Student.

We will not pay more than one Child Education Benefit to any one Student during any one school year.

We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision of The Policy if:
1) a Principal Sum is payable because of Your death; and
2) no person qualifies as a Student.

**Student** means Your Child who on the date of Your death:
1) is a full-time (at least 12 course credit hours per semester) post-high school student at an accredited institution of learning on the date of Your death; or
2) became a full-time (at least 12 course credit hours per semester) post-high school student at an accredited institution of learning within 365 days after Your death and was a student in the 12th grade on the date of Your death.

If the institution establishes full-time status in any other manner, We reserve the right to determine whether the student qualifies as a Student.

**Child** means Your unmarried child, stepchild, legally adopted child, child in the process of adoption or foster child who is less than age 21 who:
1) regularly attends an accredited institution of learning; and
2) is primarily dependent on You for financial support and maintenance.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Day Care Benefit:** *When is the Day Care Benefit payable?*
If You sustain an Injury that results in Loss of life payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Day Care Benefit for each of Your Children if such Child is under age seven at the time of Your death.

This Benefit will be paid:
1) after We receive proof of enrollment in a Day Care Program as described in this Benefit; and
2) according to the General Provisions of The Policy.

We will make one Day Care Benefit payment each year, for a maximum of four Day Care Benefit payments, for each Child. The Benefit will be paid to the person who has primary responsibility for the Child's Day Care expenses.

Proof of enrollment satisfactory to Us for each Child in a Day Care Program includes, but will not be limited to, the following:
1) a copy of the Child's approved enrollment application in a Day Care Program;
2) cancelled check(s) evidencing payment to a Day Care facility or Day Care provider; or
3) a letter from the Day Care facility or Day Care provider stating that the Child:
   a) is attending a Day Care Program; or
   b) has been enrolled in a Day Care Program and will be attending within 365 days of the date of the death.
Proof of enrollment must be sent to Us prior to the last day of the 12th month following the date of death.

If You die, the Day Care Benefit provides an annual amount equal to the lesser of:
1) the amount resulting from multiplying Your amount of Principal Sum by the Day Care Benefit; or
2) the Maximum Amount for this Benefit.

**Benefits**

We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision for payment of benefits for Loss of life if:
1) a Principal Sum is payable because of Your death; and
2) no person qualifies as a Child eligible for the Day Care Benefit.

**Day Care or Day Care Program** means a program of child care which:
1) is operated in a private home, school or other facility;
2) provides, and makes a charge for, the care of children;
3) is licensed as a day care center or is operated by a licensed day care provider, if such licensing is required by the state or jurisdiction in which it is located; or
4) if licensing is not required, provides child care on a daily basis for 12 months a year.

**Child** means Your unmarried child, stepchild, legally adopted child, child in the process of adoption or foster child who is less than age seven and primarily dependent on You for financial support and maintenance.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Rehabilitation Benefit:**  *When is the Rehabilitation Benefit payable?*
If You sustain an Injury which results in a Loss other than Loss of life, payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Rehabilitation Benefit for Rehabilitative Program Expenses Incurred within one year of the date of accident.

This Benefit will be paid:
1) after We receive proof of Expenses Incurred for a Rehabilitative Program, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

The Rehabilitation Benefit provides an amount equal to the least of:
1) the actual Expense Incurred for a Rehabilitative Program;
2) the amount resulting from multiplying Your amount of Principal Sum by the Rehabilitation Benefit Percentage; or
3) the Maximum Amount for this Benefit.

**Rehabilitative Program** means any training which:
1) is required due to Your Injury; and
2) prepares You for an occupation for which You were not previously trained.

**Expense Incurred** means the actual cost of:
1) training; and
2) materials needed for the training.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Spouse Education Benefit:**  *When is the Spouse Education Benefit payable?*
If You sustain an Injury that results in a Loss of life payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Spouse Education Benefit to Your surviving Spouse.

This Benefit will be paid:
1) after We receive proof satisfactory to Us that the Spouse has enrolled in an Occupational Training program; and
2) according to the General Provisions of The Policy.

**Benefits**

The Spouse Education Benefit is the least of:
1) the Expense Incurred for Occupational Training;
2) the amount resulting from multiplying Your amount of Principal Sum by the Spouse Education Benefit Percentage; or
3) the Maximum Amount for this Benefit.

If a Principal Sum is payable because of Your death and there is no surviving Spouse, We will pay the Minimum Amount for this Benefit in accordance with the Claims to be Paid provision.

Your surviving Spouse must enroll in Occupational Training:
1) for the purpose of obtaining an independent source of income; and
2) within one year of Your death.

**Occupational Training** means any:
1) education;
2) professional; or
3) trade training;
program which prepares the Spouse for an occupation for which he or she was not previously qualified.

**Expense Incurred** means:
1) the actual tuition charged, exclusive of room and board; and
2) the actual cost of the materials needed;
for the Occupational Training. The expense must be incurred within two years of the date of Your death.

The specific amounts for this Benefit are shown in the Schedule of Insurance.


**Adaptive Home and Vehicle Benefit:** *When is the Adaptive Home and Vehicle Benefit payable?*
If You sustain an Injury that results in a Loss, other than Loss of life, payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Adaptive Home and Vehicle Benefit.

This Benefit will be paid:
1) after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
2) according to the General Provisions of The Policy.

The Adaptive Home and Vehicle Benefit pays a benefit for the one-time cost of alterations to Your:
1) principal residence; and/or
2) private automobile;
to make the residence accessible and/or the private automobile drivable or rideable for You. The costs must be incurred within two years from the date of accident.

We will pay the Adaptive Home and Vehicle Benefit if:
1) such home alterations are:
   a) made by a person or persons with experience in such alterations; and
   b) recommended by a recognized organization associated with the Injury; and
2) such vehicle modifications are:
   a) carried out by a person or persons with experience in such matters; and
   b) approved by the Motor Vehicle Department.

The Adaptive Home and Vehicle Benefit will provide an amount equal to the least of:
1) the actual cost of the alterations;
2) the amount resulting from multiplying Your amount of Principal Sum by the Adaptive Home and Vehicle Benefit Percentage; or
3) the Maximum Amount for this Benefit.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Benefits**

**Coma Benefit:** *When is the Coma Benefit payable?*
If, as a result of an Injury, You:
      1)     are in a Coma within 31 days from the date of accident; and
      2)     remain continuously in a Coma for at least the number of days shown as the Waiting Period;
We will pay 1% of the Coma Maximum Benefit Amount for each month after the Waiting Period that You remain in a Coma.

This Benefit will be paid:
      1)     after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
      2)     according to the General Provisions of The Policy.

We will pay the benefit until the earliest to occur of:
      1)     the end of the month in which You die;
      2)     the end of the month in which You recover from the Coma; or
      3)     when the total payment equals the Coma Maximum Benefit Amount.

The Coma Maximum Benefit equals Your amount of Principal Sum less all other payments under The Policy for the Injury.

**Coma** means complete and continuous:
      1)     unconsciousness; and
      2)     inability to respond to external or internal stimuli, as verified by a Physician.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Critical Burn Benefit:** *When is the Critical Burn Benefit payable?*
If You are Critically Burned and require reconstructive surgery as determined by a Physician, We will pay a Critical Burn Benefit.

This Benefit will be paid:
      1)     after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
      2)     according to the General Provisions of The Policy.

The Critical Burn Benefit is an amount equal to the least of:
      1)     the actual cost for the expense of the reconstructive surgery;
      2)     the amount resulting from multiplying Your amount of Principal Sum by the Critical Burn Percentage; or
      3)     the Maximum Amount for this Benefit.

No benefit is payable under this Benefit for any Loss which has been paid to You under the Accidental Death and Dismemberment Insurance Benefit.

**Critically Burned** means You suffered burns which:
      1)     are certified by a Physician as more severe than second degree burns; and
      2)     result in scarring over at least 25% of the body which will last indefinitely and can only be corrected through reconstructive surgery.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Therapeutic Counseling Benefit:** *When is the Therapeutic Counseling Benefit payable?*
If You sustain an Injury that results in a Loss, other than Loss of life, that is payable under the Accidental Death and Dismemberment Insurance Benefit, We will pay an additional Therapeutic Counseling Benefit if You require Therapeutic Counseling due to the Loss.

**Benefits**

This Benefit will be paid:
   1)   after We receive Proof of Loss, in accordance with the Proof of Loss provision; and
   2)   according to the General Provisions of The Policy.

Therapeutic Counseling must:
   1)   begin within 90 days of the date of the Loss; and
   2)   be incurred no later than one year of the date of the Loss.

The Therapeutic Counseling Benefit is an amount equal to the least of:
   1)   the Reasonable Expenses incurred for Therapeutic Counseling;
   2)   the amount resulting from multiplying Your amount of Principal Sum by the Therapeutic Counseling Percentage; or
   3)   the Maximum Amount for this Benefit.

**Therapeutic Counseling** means treatment or counseling provided by a licensed therapist or counselor registered or certified to provide psychological treatment or counseling.

**Reasonable Expenses** means fees and prices which do not exceed those generally charged for similar Therapeutic Counseling in the local area where such Therapeutic Counseling was received.  For purposes of this benefit, We reserve the right to determine Reasonable Expenses.  A Reasonable Expense is considered to be incurred on the date the Therapeutic Counseling is rendered.

The specific amounts for this Benefit are shown in the Schedule of Insurance.

**Exclusions:**  *What is not covered under The Policy?*  (Applies to Accidental Death and Dismemberment Insurance only)
The Policy does not cover any Loss caused or contributed by:
   1)   intentionally self-inflicted Injury;
   2)   suicide or attempted suicide, whether sane or insane;
   3)   war or act of war, whether declared or not;
   4)   Injury sustained while on full-time active duty as a member of the armed forces (land, water, air) of any country or international authority;
   5)   Injury sustained while taking drugs, including but not limited to sedatives, narcotics, barbiturates, amphetamines, or hallucinogens, unless as prescribed by or administered by a Physician;
   6)   Injury sustained while committing or attempting to commit a felony;
   7)   Injury sustained while Intoxicated; or
   8)   Injury sustained while driving while Intoxicated.

**Intoxicated** means:
   1)   the blood alcohol content;
   2)   the results of other means of testing blood alcohol level; or
   3)   the results of other means of testing other substances;
that meet or exceed the legal presumption of intoxication, or under the influence, under the law of the state where the accident occurred.

**General Provisions**

**Notice of Claim:** *When should I notify The Company of a claim?*
You, or the person who has the right to claim benefits, must give Us written notice of a claim within 30 days after:
1)    the date of death; or
2)    the date of Loss.
If notice cannot be given within that time, it must be given as soon as reasonably possible after that. Such notice must include the claimant's name, address and the Policy Number.

**Claim Forms:** *Are special forms required to file a claim?*
Within 15 days of receiving a Notice of Claim, We will send forms to the claimant to provide Proof of Loss.  If We do not send the forms within 15 days, any other written proof which fully describes the nature and extent of the claim may be submitted.

**Proof of Loss:** *What is Proof of Loss?*
Proof of Loss may include, but is not limited to, the following:
1)    a completed claim form;
2)    a certified copy of the death certificate (if applicable);
3)    Your enrollment form;
4)    Your beneficiary designation (if applicable);
5)    if applicable, documentation of:
    a)    the date Your disability began;
    b)    the cause of Your disability; and
    c)    the prognosis of Your disability;
6)    any and all medical information, including x-ray films and photocopies of medical records, including histories, physical, mental or diagnostic examinations and treatment notes;
7)    the names and addresses of all:
    a)    Physicians or other qualified medical professionals You have consulted;
    b)    hospitals or other medical facilities in which You have been treated; and
    c)    pharmacies which have filled Your prescriptions within the past three years;
8)    Your signed authorization for Us to obtain and release medical, employment and financial information; or
9)    any additional information required by Us to adjudicate the claim.
All proof submitted must be satisfactory to Us.

**Sending Proof of Loss:** *When must Proof of Loss be given?*
Written Proof of Loss should be sent to Us:
1)    with respect to the Life Insurance Benefits, within 365 days; and
2)    with respect to the Accidental Death and Dismemberment Insurance Benefits, within 90 days;
after the Loss.  However, all claims should be submitted to Us within 90 days of the date coverage ends.

If proof is not given by the time it is due, it will not affect the claim if:
1)    it was not possible to give proof within the required time; and
2)    proof is given as soon as possible; but
3)    not later than one year after it is due unless You, or the person who has the right to claim benefits, are not legally competent.

**Physical Examination and Autopsy:** *Can We have a claimant examined or request an autopsy?*
While a claim is pending We have the right at Our expense:
1)    to have the person who has a Loss examined by a Physician when and as often as We reasonably require; and
2)    to have an autopsy performed in case of death where it is not forbidden by law.

**General Provisions**

**Claim Payment:** *When are benefit payments issued?*
When We determine that benefits are payable, We will pay the benefits due in accordance with the Claims to be Paid provision, but not more than 30 days after such Proof of Loss is received.

**Claims to be Paid:** *To whom will benefits for my claim be paid?*
Life Insurance Benefits and benefits for Loss of life under the Accidental Death and Dismemberment Insurance Benefits will be paid in accordance with the life insurance beneficiary designation.

If no beneficiary is named, or if no named beneficiary survives You, We may, at Our option, pay:
   1)    the executors or administrators of Your estate;
   2)    all to Your surviving Spouse;
   3)    if Your Spouse does not survive You, in equal shares to Your surviving Children; or
   4)    if no Child survives You, in equal shares to Your surviving parents.
In addition, We may, at Our option, pay a portion of Your Life Insurance Benefit up to $10,000 to any person equitably entitled to payment because of expenses from Your burial. Payment to any person, as shown above, will release Us from liability for the amount paid.

If any beneficiary is a minor, We may pay his or her share, until a legal guardian of the minor's estate is appointed, to a person who at Our option and in Our opinion is providing financial support and maintenance for the minor. We will pay:
   1)    $200 at Your death; and
   2)    monthly installments of not more than $200.
Payment to any person as shown above will release Us from all further liability for the amount paid.

We will pay the Life Insurance Benefit at Your Dependent's death to You, if living. Otherwise, it will be paid, at Our option, to Your surviving Spouse or the executor or administrator of Your estate.

We will make any payments, other than for Loss of life, to You. We may make any such payments owed at Your death to Your estate. If any payment is owed to:
   1)    Your estate;
   2)    a person who is a minor; or
   3)    a person who is not legally competent;
then We may pay up to $1,000 to a person who is related to You and who, at Our sole discretion, is entitled to it. Any such payment shall fulfill Our responsibility for the amount paid.

**Beneficiary Designation:** *How do I designate or change my beneficiary?*
You may designate or change a beneficiary by doing so in writing on a form satisfactory to Us and filing the form with the Employer. Only satisfactory forms sent to the Employer prior to Your death will be accepted.

Beneficiary designations will become effective as of the date You signed and dated the form, even if You have since died. We will not be liable for any amounts paid before receiving notice of a beneficiary change from the Employer.

In no event may a beneficiary be changed by a power of attorney.

**Claim Denial:** *What notification will my beneficiary or I receive if a claim is denied?*
If a claim for benefits is wholly or partly denied, You or Your beneficiary will be furnished with written notification of the decision. This written notification will:
   1)    give the specific reason(s) for the denial;
   2)    make specific reference to the provisions upon which the denial is based;
   3)    provide a description of any additional information necessary to perfect a claim and an explanation of why it is necessary; and
   4)    provide an explanation of the review procedure.

**General Provisions**

**Claim Appeal:** *What recourse will my beneficiary or I have if a claim is denied?*
On any claim, the claimant or his or her representative may appeal to Us for a full and fair review.  To do so, he or she:

    1)    must request a review upon written application within:
        a)    180 days of receipt of claim denial if the claim requires Us to make a determination of disability; or
        b)    60 days of receipt of claim denial if the claim does not require Us to make a determination of disability; and
    2)    may request copies of all documents, records and other information relevant to the claim; and
    3)    may submit written comments, documents, records and other information relating to the claim.

We will respond in writing with Our final decision on the claim.

**Policy Interpretation:** *Who interprets policy terms and conditions?*
We have full discretion and authority to determine eligibility for benefits and to construe and interpret all terms and provisions of The Policy.  This provision applies where the interpretation of The Policy is governed by the Employee Retirement Income Security Act of 1974, as amended (ERISA).

**Incontestability:** *When can The Policy be contested?*
Except for non-payment of premiums, the Life Insurance Benefit of The Policy cannot be contested after two years from the Policy Effective Date.  This provision does not apply to the Accidental Death and Dismemberment Insurance Benefits.

In the absence of Fraud, no statement made by You relating to Your insurability will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during Your lifetime.  In order to be used, the statement must be in writing and signed by You.

No statement made relating to Your Dependent being insurable will be used to contest the insurance for which the statement was made after the insurance has been in force for two years during the Dependent's lifetime.  In order to be used, the statement must be in writing and signed by You or Your representative.

**Assignment:** *Are there any rights of assignment?*
Except for the dismemberment benefits under the Accidental Death and Dismemberment Insurance Benefit, You have the right to absolutely assign all of Your rights and interest under The Policy including, but not limited to, the following:

    1)    the right to make any contributions required to keep the insurance in force;
    2)    the right to convert; and
    3)    the right to name and change a beneficiary.

We will recognize any absolute assignment made by You under The Policy, provided:

    1)    it is duly executed; and
    2)    a copy is acknowledged and on file with Us.

We and the Policyholder assume no responsibility:

    1)    for the validity or effect of any assignment; or
    2)    to provide any assignee with notices which We may be obligated to provide to You.

You do not have the right to collaterally assign Your rights and interest under The Policy.

**General Provisions**

**Legal Actions:** *When can legal action be taken?*
Legal action cannot be taken against Us:
1)  sooner than 60 days after the date written Proof of Loss is furnished; or
2)  three years after the date Proof of Loss is required to be furnished according to the terms of The Policy.

**Workers' Compensation:** *How does The Policy affect Workers' Compensation coverage?*
The Policy does not replace Workers' Compensation or affect any requirement for Workers' Compensation coverage.

**Insurance Fraud:** *How does The Company deal with fraud?*
Insurance fraud occurs when You, Your Dependent and/or Your Employer provide Us with false information or file a claim for benefits that contains any false, incomplete or misleading information with the intent to injure, defraud or deceive Us.  It is a crime if You, Your Dependent and/or Your Employer commit insurance fraud.  We will use all means available to Us to detect, investigate, deter and prosecute those who commit insurance fraud.  We will pursue all available legal remedies if You, Your Dependent and/or Your Employer perpetrate insurance fraud.

**Misstatements:** *What happens if facts are misstated?*
If material facts about You or Your Dependent were not stated accurately:
1)  the premium may be adjusted; and
2)  the true facts will be used to determine if, and for what amount, coverage should have been in force.



**Symetra Life Insurance Company**
777 108th Avenue NE, Suite 1200
Bellevue, Washington 98004-5135
(An insurance company)

**Incorporation Provision**

**Policy Rider**

**Rider Number:**      1
**Policyholder:**      Arkansas Children's Hospital
**Policy Number:**     01 016791 00

The Certificate(s) of Insurance, Rider(s), Policy change(s) and certificate change(s) are attached to, incorporated in and made a part of, The Policy. The Rider(s) do not vary, waive, alter or extend any of the terms, conditions or provisions of The Policy, except as stated herein.

| Rider | Effective Date of Incorporation | Applicable to |
|---|---|---|
| 1 | July 1, 2015 (Revised September 11, 2015) | Class 1 |

| Certificate of Insurance | Effective Date of Change |
|---|---|
| LGC 13500/AR-CERT 08/06 | July 1, 2015 (Revised September 11, 2015) |

Certificate Change(s)

The following is amended:
Schedule of Insurance – Life Insurance Benefit

Certificate Page(s) Changed

LGC 13500/AR-SCH 08/06; Schedule of Insurance

Symetra® is a registered service mark of Symetra Life Insurance Company.

**Incorporation Provision**

**Policy Rider**

**Rider Number:**    1
**Policyholder:**     Arkansas Children's Hospital
**Policy Number:**    01 016791 00

The provisions found in the certificate(s) will control the benefit plan, period of coverage, exclusions, claims and other general policy provisions pertaining to state insurance law requirements.

In all other respects, The Policy and certificate(s) remain the same.

Arkansas Children's Hospital           Symetra Life Insurance Company

By: _____     By:   Thomas M. Marra
                                        President

Title: _____

Date: _____    Date: October 5, 2015

**Instructions:**    **(1) Sign and return original to Symetra.**
                              **(2) Retain a copy with your policy.**

**Schedule of Insurance**

**The benefits described herein are those in effect as of:** July 1, 2015 (Revised September 11, 2015)

**Cost of Coverage:**
**Non-Contributory Coverage:**
Basic Life Insurance
Basic Accidental Death and Dismemberment Insurance

**Contributory Coverage:**
Supplemental Life Insurance
Supplemental Dependent Life Insurance

**Eligible Class(es) for Coverage:** All Active Employees working a minimum of 24 hours each week who are citizens or legal residents of the United States, excluding temporary, leased or seasonal employees.

Class 1    All Eligible Regular Full-Time Employees, Weekend Option Employees, Option 3 Employees and Part-Time With Special Benefits Employees.

**Eligibility Waiting Period for Coverage:**
If You are Actively at Work for the Employer on the Policy Effective Date:  The first of the month following one calendar month of continuous employment.

If You start working for the Employer after the Policy Effective Date:  The first of the month following one calendar month of continuous employment.

The Eligibility Waiting Period for Coverage will be reduced by the period of time You were a Active Employee with the Employer under the Prior Policy.

## Life Insurance Benefit

Basic Benefit Amounts are rounded to the next higher $1,000, if not already a multiple thereof.
Supplemental Benefit Amounts are rounded to the next higher $5,000, if not already a multiple thereof.

**Employee**

| Basic<br>Class 1 | Benefit<br>Amount<br>1 x Earnings | Benefit Maximum<br>Amount<br>$300,000 | Guaranteed Issue<br>Amount<br>$300,000 |
|---|---|---|---|
| Supplemental<br>Class 1 | Benefit<br>Amount<br>Option 1: 1, 2 or 3 x Earnings; or Option 2: $100,000 if 1, 2 or 3 x Earnings is equal to or greater than $100,000; as selected by You on the enrollment card | Benefit Maximum<br>Amount<br>$450,000; if You initially become insured after attaining age 70 Your benefit is subject to a maximum of $50,000 | Guaranteed Issue<br>Amount<br>Prior to Age 70: $100,000; age 70 and over: all benefit amounts require Evidence of Insurability |

Rider #1, Effective July 1, 2015 (Revised September 11, 2015)

**Schedule of Insurance**

**Dependent**

| Supplemental | Benefit Amount | Benefit Maximum Amount | Guaranteed Issue Amount |
|---|---|---|---|
| Spouse | Option 1: 50% of Your Supplemental Life Benefit Amount; or Option 2: $30,000 if 1, 2 or 3 x Earnings is equal to or greater than $60,000; as selected by You on the enrollment card | $225,000 | $30,000 |
| Child | | | |
| 15 days to 19 years; to age 25 if full-time student | Increments of $5,000 to $10,000 in increments of $5,000 as selected by You on the enrollment card | $10,000 | $10,000 |

## Accidental Death and Dismemberment Insurance Benefit (AD&D)

Principal Sums are rounded to the next higher $1,000, if not already a multiple thereof.

**Employee**

| Basic | Principal Sum | Principal Maximum Sum |
|---|---|---|
| Class 1 | 1 X Earnings | $300,000 |

### Additional Accidental Death and Dismemberment Insurance Benefits

**Seat Belt and Air Bag Coverage**

| | |
|---|---|
| Seat Belt Benefit Amount: | 10% of Basic AD&D Principal Sum |
| Seat Belt Maximum Amount: | $10,000 |
| Seat Belt Minimum Amount: | $1,000 |
| | |
| Air Bag Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Air Bag Maximum Amount: | $5,000 |

**Repatriation Benefit**

| | |
|---|---|
| Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Maximum Amount: | $5,000 |

**Child Education Benefit**

| | |
|---|---|
| Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Maximum Amount: | $5,000 |
| Minimum Amount: | $2,500 |

**Day Care Benefit**

| | |
|---|---|
| Benefit Amount: | 5% of Basic AD&D Principal Sum |
| Maximum Amount: | $5,000 |
| Minimum Amount: | $2,500 |

Rider #1, Effective July 1, 2015 (Revised September 11, 2015)

## Schedule of Insurance

**Rehabilitation Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Spouse Education Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000
Minimum Amount:                    $2,500

**Adaptive Home and Vehicle Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Coma Benefit**
Waiting Period:                    30 days
Maximum Amount:                    100% of Basic AD&D payments under The Policy for the Injury

**Critical Burn Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Therapeutic Counseling Benefit**
Benefit Amount:                    5% of Basic AD&D Principal Sum
Maximum Amount:                    $5,000

**Felonious Assault Benefit**
Benefit Amount:                    10% of Basic AD&D Principal Sum
Maximum Amount:                    $25,000

## Reduction in Amount of Life Insurance

We will reduce the amount of Life Insurance for You and Your Dependent by any amount:
1) of individual Life Insurance issued in accordance with the Conversion Right;
2) that was continued under the Portability provision; or
3) of Life Insurance in force, paid or payable under the Prior Policy.

## Reduction in Coverage Due to Age

Applies to Basic Life Insurance and Basic Accidental Death and Dismemberment Insurance:
We will reduce the Basic Life Insurance Benefit and Basic Principal Sum for You by the percentage indicated in the table below.  This reduction will be effective on the first of the month following the Policy Anniversary Date.  These reductions also apply if:
1) You become covered under The Policy; or
2) Your coverage increases;
on or after the date You attain age 65.

Percentage by which the current amount of coverage (after all previous reductions) will be reduced:

| Your Age | Your % Reduction |
|---|---|
| 65 | 35% |
| 70 | 25% |
| 75 | 15% |

The reduced amount of coverage will be rounded to the next higher multiple of $500, if not already a multiple of $500 and an appropriate adjustment in premium will be made.

Rider #1, Effective July 1, 2015 (Revised September 11, 2015)

**Schedule of Insurance**

<u>Applies to Supplemental Life Insurance:</u>
We will reduce the Supplemental Life Insurance Benefit for You by the percentage indicated in the table below.  This reduction will be effective on the first of the month following the Policy Anniversary Date.  These reductions also apply if:
    1)  You become covered under The Policy; or
    2)  Your coverage increases;
on or after the date You attain age 65.

Percentage by which the current amount of coverage (after all previous reductions) will be reduced:

| Your Age | Your % Reduction |
|----------|------------------|
| 65 | 35% |
| 70 | 25% |
| 75 | 15% |

The reduced amount of coverage will be rounded to the next higher multiple of $500, if not already a multiple of $500 and an appropriate adjustment in premium will be made.

Your coverage terminates when You attain age 80.


<u>Applies to Supplemental Spouse Life Insurance:</u>
We will reduce the Supplemental Spouse Life Insurance Benefit for Your Spouse by the percentage indicated in the table below.  This reduction will be effective on the first of the month following the Policy Anniversary Date.  These reductions also apply if:
    1)  You become covered under The Policy; or
    2)  Your coverage increases;
on or after the date You attain age 65.

Percentage by which the current amount of coverage (after all previous reductions) will be reduced:

| Your Age | Your Spouse's% Reduction |
|----------|--------------------------|
| 65 | 30% |

The reduced amount of coverage will be rounded to the next higher multiple of $500, if not already a multiple of $500 and an appropriate adjustment in premium will be made.

Your Spouse's coverage terminates when You attain age 70.


Rider #1, Effective July 1, 2015 (Revised September 11, 2015)