# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**LAURA ROBERTS**                                                                             **PLAINTIFF**

**V.**                                             **NO. 4:19-CV-72**

**SYMETRA LIFE INSURANCE CO.**                                    **DEFENDANT**

## ORDER

This case is dismissed with prejudice pursuant to the parties' motion (Doc. No. 13), each party bearing its own fees and costs.

It is so ordered this 7th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE